**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter  **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Poway Property, LP** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-2057143** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | **14555 Symons Valley Rd. NW**<br>**Calgary, AB T3R 1E7**<br>**Canada** |
| **13772 Paseo Valle Alto**<br>**Poway, CA 92064** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **San Diego** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

■ Other. Specify:  **LP**

Debtor      **Poway Property, LP**
       Name                                                                                    Case number (*if known*) _____

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **2362**

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor    **Poway Property, LP**                                                    Case number (*if known*)
_____
Name

**10.** **Are any bankruptcy cases**
       **pending or being filed by a**
       **business partner or an**
       **affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1,
attach a separate list          Debtor _____        Relationship _____

                                District _____   When _____   Case number, if known _____

**11.** **Why is the case filed in**      *Check all that apply:*
       **this district?**
       ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
           preceding the date of this petition or for a longer part of such 180 days than in any other district.

       ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**      ■ No
       **have possession of any**
       **real property or personal**   ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
       **property that needs**
       **immediate attention?**
                                        **Why does the property need immediate attention?** (*Check all that apply.*)

                                        ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                           What is the hazard? _____

                                        ☐ It needs to be physically secured or protected from the weather.

                                        ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                           livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                        ☐ Other _____

                                        **Where is the property?**    _____

                                                                      Number, Street, City, State & ZIP Code

                                        **Is the property insured?**

                                        ☐ No

                                        ☐ Yes.   Insurance agency   _____

                                                 Contact name       _____

                                                 Phone              _____

■ **Statistical and administrative information**

**13.** **Debtor's estimation of**    .    *Check one:*
       **available funds**
                                        ■ Funds will be available for distribution to unsecured creditors.

                                        ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**    ■ 1-49                  ☐ 1,000-5,000           ☐ 25,001-50,000
       **creditors**              ☐ 50-99                 ☐ 5001-10,000           ☐ 50,001-100,000
                                  ☐ 100-199               ☐ 10,001-25,000         ☐ More than100,000
                                  ☐ 200-999

**15.** **Estimated Assets**       ■ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                  ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                  ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                  ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.** **Estimated liabilities**  ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Debtor   **Poway Property, LP**
Name                                                                                   Case number (*if known*)

☐ $50,001 - $100,000              ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor    **Poway Property, LP**
_____     Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 13, 2021**
_____
          MM / DD / YYYY

**X /s/ David Hall**
_____       **David Hall**
Signature of authorized representative of debtor        _____
                                                        Printed name

Title    **Director**
_____

**18. Signature of attorney**

**X /s/ David L. Speckman**
_____       Date    **September 13, 2021**
Signature of attorney for debtor                        _____
                                                        MM / DD / YYYY

**David L. Speckman**
_____
Printed name

**Speckman Law Firm**
_____
Firm name

**1350 Columbia St., Ste. 503**
**San Diego, CA 92101**
_____
Number, Street, City, State & ZIP Code

Contact phone    **619-696-5151**
_____       Email address    **speckmanandassociates@gmail.com**
_____

**178180 CA**
_____
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Poway Property, LP** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bay City Electric** | | **13247 & 13255 Poway Road, Poway, California 92064 (APN 317-473-20-00)** | **Unliquidated Disputed** | **$26,486.00** | **$0.00** | **$26,486.00** |
| **Cemex Construction Materials** | | **13247 & 13255 Poway Road, Poway, California 92064 (APN 317-473-20-00)** | **Unliquidated Disputed** | **$218,315.00** | **$0.00** | **$218,315.00** |
| **Condon-Johnson & Associates<br>480 Roland Way<br>Suite 200<br>Oakland, CA 94621** | | **13247 & 13255 Poway Road, Poway, California 92064 (APN 317-473-20-00)** | **Unliquidated Disputed** | **$250,000.00** | **$0.00** | **$250,000.00** |
| **D & D Laser Screed, Inc.<br>561 Birch St.<br>Lake Elsinore, CA 92530** | | **13247 & 13255 Poway Road, Poway, California 92064 (APN 317-473-20-00)** | **Unliquidated Disputed** | **Unknown** | **$0.00** | **Unknown** |
| **Dixieline Lumber Co,** | | **13247 & 13255 Poway Road, Poway, California 92064 (APN 317-473-20-00)** | **Unliquidated Disputed** | **$39,744.00** | **$0.00** | **$39,744.00** |
| **K.D. Stahl Construction Group,<br>13240 Evening Creek Dr.<br>Suite 302<br>San Diego, CA 92128** | | **13247 & 13255 Poway Road, Poway, California 92064 (APN 317-473-20-00)** | **Unliquidated Disputed** | **$153,878.00** | **$0.00** | **$153,878.00** |
| **Pacific Steel Group** | | **13247 & 13255 Poway Road, Poway, California 92064 (APN 317-473-20-00)** | **Unliquidated Disputed** | **$578,226.00** | **$0.00** | **$578,226.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor  **Poway Property, LP**
    Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pure Effect Incorporated** | | **13247 & 13255 Poway Road, Poway, Califoria 92064 (APN 317-473-20-00)** | **Unliquidated Disputed** | **$104,891.00** | **$0.00** | **$104,891.00** |
| **Rand Engineering Incorporated 15495 Olde Hwy 80 El Cajon, CA 92021** | | **13247 & 13255 Poway Road, Poway, Califoria 92064 (APN 317-473-20-00)** | **Unliquidated Disputed** | **$160,000.00** | **$0.00** | **$160,000.00** |
| **Raymer Construction Inc.** | | **13247 & 13255 Poway Road, Poway, Califoria 92064 (APN 317-473-20-00)** | **Unliquidated Disputed** | **$79,220.00** | **$0.00** | **$79,220.00** |
| **Sharp Construction** | | **13247 & 13255 Poway Road, Poway, Califoria 92064 (APN 317-473-20-00)** | **Unliquidated Disputed** | **$379,600.00** | **$0.00** | **$379,600.00** |
| **UC Poway Post Holder, LLC** | | **13247 & 13255 Poway Road, Poway, Califoria 92064 (APN 317-473-20-00)** | | **$21,000,000.00** | **$0.00** | **$21,000,000.00** |

Andrea L. Petray, Esq.
4747 Executive Dr.
Suite 700
San Diego, CA 92121


Bay City Electric


Capexco US Gp. Inc.
14555 Symons Valley Rd NW
Calgary AB Canada, T3R 1E7


Cemex Construction Materials


Condon-Johnson & Associates
480 Roland Way
Suite 200
Oakland, CA 94621


D & D Laser Screed, Inc.
561 Birch St.
Lake Elsinore, CA 92530


Dixieline Lumber Co,


Jeff S. Hood, Esq.
12544 High Bluff Dr.
Suite 400
San Diego, CA 92130


John Sharp Construction, LLC
1404 Robles Dr.
Chula Vista, CA 91911

K.D. Stahl Construction Group,
13240 Evening Creek Dr.
Suite 302
San Diego, CA 92128


Keith Cochran, Esq.
402 West Broadway
Suite 1400
San Diego, CA 92101


Michael S. Townsend, Esq.
3952 D Clairemont Mesa Blvd.,
Suite 456
San Diego, CA 92117


Pacific Steel Group


Parkview Financial REIT, LP
11601 Wilshire Blvd.
Suite 2100
Los Angeles, CA 90025


Pure Effect Incorporated


Rand Engineering Incorporated
15495 Olde Hwy 80
El Cajon, CA 92021


Raymer Construction Inc.


Sharp Construction

UC Funding, LLC


UC Poway Post Holder, LLC