William P. Fennell (SBN 164210)
Of Counsel: Melissa A. Blackburn Joniaux (SBN 105470)
Of Counsel: Yosina M. Lissebeck (SBN 201654)
LAW OFFICE OF WILLIAM P. FENNELL, APLC
600 West Broadway, Suite 930
San Diego, CA 92101

Attorneys for Party in Interest/Creditor
UC Poway Post Holder, LLC

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 21-03654-LT11 |
| POWAY PROPERTY, LP, | Chapter 11 |
| Debtor. | Honorable Laura S. Taylor |
| | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF *EMERGENCY* MOTION FOR ORDER AUTHORIZING RECEIVER TO REMAIN IN POSSESSION OF ASSETS OF THE ESTATE PURSUANT TO BANKRUPTCY CODE SECTION 543(d), EXCUSING THE RECEIVER FROM COMPLYING WITH SECTIONS 543(a), (b) AND (c) OF THE BANKRUPTCY CODE** |

Pursuant to Federal Rule of Evidence 201, UC Poway Post Holder, LLC, Creditor of the bankruptcy estate of *In re Poway Property, LP*, Case No. 21-03654-LT11, ("Movant") requests the Court take Judicial Notice of the following documents:

1. Declaration of D. Ross Pemmerl in Support of Plaintiff UC Poway Post Holder LLC's *Ex Parte* Application for Appointment of Receiver filed

|   |   |
|---|---|
| 1 | September 8, 2021, in the San Diego Superior Court Case No. 37-2021-00036903-CU-BC-CTL, a true and correct copy of which is attached hereto as Exhibit "A." |

2. Declaration of Greg Trotter in Support of Plaintiff UC Poway Post Holder LLC's *Ex Parte* Application for Appointment of Receiver filed September 8, 2021, in the San Diego Superior Court Case No. 37-2021-00036903-CU-BC-CTL, a true and correct copy of which is attached hereto as Exhibit "B."

3. Declaration of Keith Cochran in Support of Plaintiff UC Poway Post Holder, LLC's *Ex Parte* Application for Appointment of Receiver filed September 8, 2021, in the San Diego Superior Court Case No. 37-2021-00036903-CU-BC-CTL, a true and correct copy of which is attached hereto as Exhibit "C."

4. Order Appointing Receiver entered September 9, 2021, in the San Diego Superior Court Case No. 37-2021-00036903-CU-BC-CTL, a true and correct copy of which is attached hereto as Exhibit "D."

5. Declaration of Douglas P. Wilson in Support of Plaintiff UC Poway Post Holder, LLC's *Ex Parte* Application for Appointment of Receiver filed September 8, 2021, in the San Diego Superior Court Case No. 37-2021-00036903-CU-BC-CTL, a true and correct copy of which is attached hereto as Exhibit "E."

Dated:  September 16, 2021         LAW OFFICE OF WILLIAM P. FENNELL, APLC

                                   By:/s/ William P. Fennell
                                   William P. Fennell, Esq.
                                   Attorneys for UC Poway Post Holder, LLC

# LIST OF EXHIBITS

**Page(s)**

Exhibit A    Declaration of D. Ross Pemmerl……………………….....2 – 210

Exhibit B    Declaration of Greg Trotter……………………….…..211 – 271

Exhibit C    Declaration of Keith Cochran……………...………….272 – 286

Exhibit D    Order Appointing Receiver………………………….....287 – 300

Exhibit E    Declaration of Douglas P. Wilson…………………...…….301 – 309