# EXHIBIT B

1   FITZGERALD KNAIER LLP
2        Kenneth M. Fitzgerald (SBN: 142505)
         Robert G. Knaier (SBN: 234466)
3        Keith M. Cochran (SBN: 254346)
4   402 West Broadway, Suite 1400
    San Diego, CA 92101
5   Tel:  (619) 241-4810
    Fax:  (619) 955-5318
6
7   Attorneys for Plaintiff
    UC Poway Post Holder, LLC
8

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego
**09/08/2021** at 11:48:00 AM
Clerk of the Superior Court
By Kristin Sorianosos,Deputy Clerk

9

10

11              **SUPERIOR COURT OF CALIFORNIA**

12                   **COUNTY OF SAN DIEGO**

13

14   UC POWAY POST HOLDER, LLC, a          )   Case No.:37-2021-00036903-CU-BC-CTL
15   Delaware limited liability company,   )
                                            )   **Declaration of Greg Trotter in Support**
16                      Plaintiff,          )   **of Plaintiff UC Poway Post Holder,**
                                            )   **LLC's *Ex Parte* Application for**
17         v.                               )   **Appointment of Receiver**
                                            )
18   POWAY PROPERTY, LP, a Delaware         )
19   limited partnership, DAVID HALL, an    )   Date:        September 9, 2021
     individual, TRENT CLAUGHTON, an        )   Time:        8:30 a.m.
20   individual, MARCO DEDOMINICIS, an      )   Dept.:       C-72
     individual, and DENNY CHOW, an         )   Judge:       Hon. Timothy Taylor
21   individual, and Does 1 through 25,     )
     inclusive,                             )
22                                          )   Case Filed:   August 27, 2021
23                      Defendants.         )
                                            )
24                                          )
                                            )
25   _____   )

26

27

28

*UC Poway Post Holder, LLC v. Poway Property, LP, et al.*
Trotter Declaration iso *Ex Parte* Application for Appointment of Receiver

I, Greg Trotter, declare as follows:

1.      I am over the age of eighteen. I have personal knowledge of the facts set forth herein and, if called upon to do so, could and would testify competently thereto.

2.      I am the founder and President of Commercial Building Consultants LLC, a firm specializing in consulting and commercial due diligence services for commercial real estate construction projects throughout the United States, Canada, and the Caribbean. I have over 35 years of experience in the construction, manufacturing, and due diligence field.

3.      I graduated in 1978 with a B.S. in Business Administration from the University of New Hampshire. Since that time, I have worked as a project manager, construction consultant, construction monitor, site inspector, and divisions manager for a variety of construction companies. I have performed forensic analysis on hundreds of buildings to assess water intrusions, electrical problems, and other construction-related issues. My clients include large banks, private lenders, and Federal Express.

4.      Since January 1999, I have been a paid consultant of UC Funds and its predecessor, providing property condition assessments for potential acquisitions. As a UC Funds consultant, I have assessed physical, mechanical, electrical, plumbing, roofing, site drainage, building code, and safety issues for hundreds of properties throughout the United States. I also monitor the quality, schedule, and processes for UC Funds' existing properties.

5.      I have been qualified as an expert witness in construction defect matters in Massachusetts, Florida, and Rhode Island state courts. I have also been a court appointed receiver for a residential development and a series of high-rise buildings in Florida. Attached as Exhibit 10 is a true and correct copy of my resume and professional experience.

6.      In 2020, UC Funds asked me to perform an Asset Construction Review of the property located at 13247 Poway Road, Poway, California, 92064 (also known as the "Poway Outpost"). The Poway Outpost is a 1.55-acre mixed use multi-family/retail

1

*UC Poway Post Holder, LLC v. Poway Property, LP, et al.*
Trotter Declaration iso *Ex Parte* Application for Appointment of Receiver

1   ground-up construction project with underground parking.  The Poway Outpost was

2   planned for four buildings comprising 53 apartments and 45,000 square feet of retail

3   space, plus 129,000 square feet for a 325-stall underground parking garage.  My

4   understanding is that construction on the Poway Outpost began in November 2018, and

5   UC Funds was evaluating an investment in the property.

6          7.     On September 4, 2020, I visited the Poway Outpost to opine on the

7   current property location and any additional observations regarding the project.  I met

8   with Marco DeDominicis (the Executive Chair of the developer Capexco, Inc.), Greg

9   Loy (the executive vice president of the general contractor KD Stahl), and Shawn Heyl

10   (the broker representing the owner Poway Property, LP)  My objective was to provide

11   UC Funds with an overview and opinion of the status of the construction project.

12          8.     During my visit, I observed that work was being conducted on concrete

13   and rebar, and the Poway Outpost appeared to have sufficient manpower to move the

14   project forward.  Manpower on-site consisted of 43 workers, including site and concrete

15   workers.  The underground parking garage building was ongoing, and the overall

16   project was roughly 43% complete.  Underground piping and sleeves for gas, sewer, and

17   water were complete.  The project appeared to be properly supervised.  I also observed

18   that the Poway Outpost was very accessible and a highly trafficked area of Poway.

19          9.     On September 22, 2020, I prepared a report for UC Funds based on this

20   visit, which included several pictures of the site.  Attached as Exhibit 11 is a true and

21   correct copy of this report.

22         10.    In October 2020, UC Funding LLC, an entity related to UC Funds, made a

23   $21 million loan on the Poway Outpost.

24         11.    In or around January 2021, UC Funds informed me that they were having

25   communication issues with the borrower/owner Poway Property, LP and asked me to

26   conduct a site visit.

27         12.    On January 13, 2021, I conducted my second site inspection of the Poway

28   Outpost.  When I arrived, I met with the site superintendent, who was a representative

2

**EXHIBIT B**
**Page 214**    *UC Poway Post Holder, LLC v. Poway Property, LP, et al.*
Trotter Declaration iso *Ex Parte* Application for Appointment of Receiver

**EXHIBIT B**
**Page 215**

1  of the general contractor KD Stahl.  Other than the site superintendent, the site was

2  empty and there was no ongoing construction.  The site superintendent informed me that

3  concrete work had ceased in October 2020, framing work had ceased in December

4  2020, and that the general contractor was keeping a skeleton staff of three people on the

5  site for maintenance purposes.

6          13.     The site superintendent also disclosed that the project was suffering from

7  significant dewatering issues stemming from a high water table and an underground

8  river directly below the construction site (which had not been previously disclosed to

9  me).  The site superintendent showed me the water pumps that the general contractor

10  had put in place to temporarily address the dewatering issues.  Upon learning of the

11  dewatering issues, and understanding that the foundation had not been completed, I was

12  very concerned about the condition of the property.

13          14.     I immediately called David Hall (the operations manager of the developer

14  Capexco, Inc.).  Mr. Hall disclosed that the developer and owner were having money

15  issues, that the project site was located directly above an underground river, and that it

16  was imperative that the water pumps remain active otherwise the unfinished foundation

17  could become buoyant and float away.  Mr. Hall blamed the dewatering issues on the

18  dewatering contractor – the dewatering wells needed to be 40 feet deep but were only

19  drilled to a depth of 19 feet.  This failure to dig the wells deep enough was causing the

20  foundation to fill in with water, preventing the concrete supplier from pouring enough

21  concrete to complete the foundation.

22          15.     I am familiar with dewatering issues.  Dewatering wells are sometimes

23  used around the perimeter of a construction site to artificially lower the water level so

24  that concrete can be poured.  Dewatering wells are appropriate where there is a high

25  water table and unstable soil.  Here, the Poway Outpost had both a high water table and

26  an underground river.  Thus, the proper installation of dewatering wells was critical to

27  completing the foundation of the project.  The failure to dig the wells to 40 feet was

28  causing excavating complications, allowing water to seep in, and slowing down the

3

1  concrete work.  And without the weight of a finished foundation to counteract the

2  underground river, the existing structure was at risk of floating away and causing a

3  catastrophic collapse.

4       16.    I also learned during my call with Mr. Hall that the water pumps were

5  underpowered and were not performing to specification.  Nevertheless, Mr. Hall assured

6  me that the pumps would remain active and that the developer was in the process of

7  obtaining another $2.5 million in financing, which would be used to complete the

8  foundation.  Mr. Hall also indicated that the developer was pursuing insurance claims

9  against the dewatering contractor and expected to have additional money soon.  He

10 assured me that work on the project would resume shortly after the additional financing

11 was in place, and the developer planned to remobilize the project on February 1, 2021.

12 Based on this discussion, I believed that the use of water pumps was temporary,

13 additional financing would be obtained soon, the project would resume, and the

14 developer would finish the foundation, thereby eliminating the dewatering issues and

15 hazards posed by the underground river.

16      17.    On February 24, 2021, I conducted my third site inspection of the Poway

17 Outpost.  I arrived at the property around 10 am.  The gate was locked, the project

18 appeared to be abandoned, and there was no staff or crew on site.  The water pump in

19 the southwest corner of the property sounded like it was running.  I was concerned

20 because this property, which was unfinished and had significant dewatering issues,

21 could not be left unattended.

22      18.    I immediately called Capexco for an explanation of why the site was

23 abandoned when there were critical dewatering components operating – I spoke with

24 David Hall (the Executive Chairman), Denny Chow (the CFO), and Trent Claughton

25 (the CEO).  Mr. Hall did not know why the site was abandoned.  He informed me that

26 the developer intended to terminate the general contractor and that the developer would

27 be keeping a staff member on site seven days a week to keep the generator and wells

28 operating.

4

*UC Poway Post Holder, LLC v. Poway Property, LP, et al.*
Trotter Declaration iso *Ex Parte* Application for Appointment of Receiver

19.     I prepared a report for UC Funds based on my February 24, 2021 site visit, including several photographs.  Attached as Exhibit 12 is a true and correct copy of the report.

20.     On March 8, 2021, the developer terminated the general contractor KD Stahl.  On March 9, 2021, I received a notice from the general contractor, informing all subcontractors about the termination.   Attached as Exhibit 13 is a true and correct copy of that notice.

21.     On March 11, 2021, I conducted my fourth site visit of the Poway Outpost.  I was joined on this visit by Ross Pemmerl (Director at UC Funds), Dane Penick (Vice President of TB Penick and Sons), and Mike Watson (Superintendent at Capexco, Inc.).  We walked the property to assess work-in place.  I observed the water pumps and the hoses stemming from the wells.  I also noticed there were significant cracks in the concrete floors and walls, and that stormwater had built up in the lower level of the parking garage.  This was a concern, and I photographed the issues for inclusion in a written report.  I confirmed that there was no construction crew on site, and that the project appeared to be abandoned.

22.     During this site visit, we also had a meeting to discuss the status of the project.  Mr. Watson explained that he was responsible for ensuring that the pumps were running 24 hours a day, seven days a week.  He disclosed that the utility company had cut off power to the site on March 9, 2021, and that power was not restored until March 12, 2021, when the account was changed over to Capexco.  He also reported that the utility bills were in arrears for the previous six months.  This disruption of power had stopped the secondary sump pumps from operating, which was responsible for the ponding of water built up in the lower deck of the parking garage.

23.     On March 26, 2021, I prepared a report for UC Funds based on my visit, which included several photographs of the condition of the property.  Attached as Exhibit 14 is a true and correct copy of the report.

24.     My understanding is that the developer and owner of the Poway Outpost

5

*UC Poway Post Holder, LLC v. Poway Property, LP, et al.*
Trotter Declaration iso *Ex Parte* Application for Appointment of Receiver

1  have been unsuccessful in obtaining additional financing to complete the project.  Other

2  than a single person on site to run the water pumps, the property remains largely

3  abandoned.  There has been no progress on the site since December 2020, and there

4  does not appear to be any plan in place to finish construction or address the dewatering

5  issues.  Given the owner's financial distress, I have concerns about their commitment to

6  the property going forward, and whether they have the money available to keep an

7  employee on site to continuously run the water pumps.

8        25.    If the pumps stop running, then the ground water will return to normal

9  height and flood the unfinished garage.  If this happens, it could cause the existing

10  structure to float away, which would be catastrophic.  The existing structure is

11  connected to sanitary sewer lines, water lines, and other utilities.  If the building floats

12  or collapses, this could drastically impact and destroy municipal utility systems.  It

13  could also damage adjoining structures, including the funeral home next door.  And

14  because the Poway Outpost directly borders Poway Road, if the existing structure

15  collapses, it could create a serious traffic hazard on a major highway in Poway.

16        26.    I am also concerned that the existing water pumps in place are insufficient

17  to keep pace with heavy rains.  As we approach the rainy season in San Diego, a heavy

18  storm could overwhelm the water pumps and cause a catastrophic collapse of the

19  existing structure.  The unfinished walls that are exposed to the weather could also

20  collapse.

21        27.    Based on my inspections of the property, my experience in the

22  construction industry, and my discussions with the developer, owner, and general

23  contractor, immediate action needs to be taken.  The water pumps need to be

24  immediately secured to ensure that water does not continue to build up in the base of the

25  foundation.  Once the water pumps are secured, additional concrete needs to be poured

26  and the foundation needs to be completed.  Completing the foundation is the only way

27  to permanently resolve the dewatering issues and overcome the pressure of the

28  underground river.

6

*UC Poway Post Holder, LLC v. Poway Property, LP, et al.*
Trotter Declaration iso *Ex Parte* Application for Appointment of Receiver

**EXHIBIT B**
**Page 219**

1    I declare under penalty of perjury under the laws of the State of California that

2    the foregoing is true and correct.  Executed September 7, 2021 in Orlando, Florida.

3

4

5

6

7

8

9                                                                         _____

10                                                                                    Greg Trotter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

# EXHIBIT 10

**EXHIBIT B**
**Page 221**

# Gregory Trotter

| | |
|---|---|
| Date of Birth: | 16 April 1956 |
| Place of Birth: | Toronto, Ontario, Canada |
| Phone: | 321-436-8073 |
| Email: | gtrotter@cbcbuildingsolutions.com |

## EDUCATION

**Bachelor of Science**, 1978, Peter T. Paul College of Business and Economics, University of New Hampshire

Concentration: Business Administration

## EMPLOYMENT

| | |
|---|---|
| **Commercial Building Consultants**, President, Orlando, FL | 2003-Present |
| **Property Condition Assessment, Inc.**, Vice President, Orlando, FL | 1999-2003 |
| **Certified Building Inspectors, Inc.**, Inspector, Maitland, FL | 1990-1998 |
| **DRS Masonry**, Owner, Nashua, NH | 1988-1990 |
| **R.H. White Construction**, Division Manager, Merrimack, NH | 1983-1987 |

## PROFESSIONAL EXPERIENCE

### *Court-Appointed Receiver*

- Residential Development on a canal (Broward County, FL)
- Three 10-Story High-Rise Buildings (Miami-Dade County, FL)

### *Expert Witness – Court Testimony*

Norfolk County (Massachusetts) Courthouse
- Construction defects

Palm Beach County (Florida) Courthouse
- Code defects, construction activity without Building Department oversight

Providence County (Rhode Island) Courthouse
- Lack of maintenance at a historic post office

Seminole County (Florida) Courthouse
- Construction defects

### *Arbitration*

Bedford Village Shoppes vs Eckman Construction (Bedford, NH)
- Failed septic system, unsuitable materials

George Roma Plumbing vs Villas at Island Club (Kissimmee, FL)
- Construction delays

RHW vs Dusault Engineering (Nashua, NH)
- HVAC noise attenuation, extra costs

Timberland Shoe Company (Exeter, NH)
- Underground piping, construction defects

Treasures on the Bay vs High Rise Roofing (Miami, FL)
- Roof installation defects

**EXHIBIT B**
**Page 221**

**EXHIBIT B**
**Page 222**

### *Project Management*

| | |
|---|---|
| Construction Consultant, Historic Peery Hotel | Salt Lake City, UT |
| Construction Monitoring, Newton Street Residences | Washington DC |
| Construction Monitoring, Restoration of the Lawrence House | Chicago, IL |
| Project Manager, Bradford Greens Apartments | Pittsfield, NH |
| Project Manager, Domestic Water Holding Tank | Nashua, NH |
| Project Manager, Dr. Ward Residence Restoration and Additions | Orlando, FL |
| Project Manager, Duncan Estate Restoration | Isleworth, FL |
| Project Manager, Historic Gas Holder Restoration | Concord, NH |
| Project Manager, Housing for the Elderly | Biddeford, ME |
| Project Manager, Hydro-Pillar | Exeter, NH |
| Project Manager, I-95 Boring Project | Exeter, NH |
| Project Manager, Lime Treatment Water Systems | Merrimack, NH |
| Project Manager, New England Anemone Greenhouses | Epsom, NH |
| Project Manager, Sanders Association Headquarters | Nashua, NH |
| Project Manager, Terraces Apartments | Bangor, ME |
| Superintendent, Concord National Bank Alterations and Additions | Penacook, NH |
| Superintendent, Historic Barn Relocation and Restoration | Pittsfield, NH |
| Superintendent, Multi-Tenant Office Buildings | Concord, NH |
| Superintendent, YMCA Alterations and Additions | Concord, NH |

### *Distressed Property Management and Oversight*

**510-Unit Condominium Conversion (Miami, FL)**

- $72M debt
- Asset management, workout, and oversight of $4M in renovations
- Lenders lost confidence in developer; CBC was on-site for 3 years
- Completed necessary improvements on two 11-story buildings
- Permitted and rebuilt a breached, hurricane-damaged seawall
- Marketed a third building for $18M

**150-Unit Luxury Apartment Complex (Orlando, FL)**

- $13M REO by lender
- Asset management, workout, and oversight of $1.5M in renovations
- Property owner defaulted and operations were poor due to mismanagement and neglect
- Successfully achieved market occupancy levels by aggressively managing the asset and completing all necessary capital projects

**652-Unit Apartment Portfolio (Indiana)**

- $20M REO by lender
- Asset management, workout, and oversight of $4.2M in renovations
- Low-income multifamily apartment complexes owned by a non-profit entity
- Completed capital needs and simultaneously marketed the property for sale while lender worked through forbearance arrangement with the owners

**82,000-S.F. Class-B Office Building (Miami, FL)**

- $14M loan
- Asset management, workout, and oversight of $3M in renovations
- Completed capital projects that were in-progress
- Completed all tenant improvements necessary for new tenant move-in
- Decreased vacancy due to tireless marketing and leasing efforts

- After 5 years of management and working with the lender on various legal cases, the asset was sold day before a foreclosure and the lender was made whole

**404-Unit, 18-Story Partially Completed Condominium-Hotel (Orlando, FL)**

- $17M loan
- Asset management, workout, and oversight of $7M in construction and restoration
- Provided expert testimony in bankruptcy case for lender
- Asset workout began in 1999 when construction of the second tower became the objective. The first tower was constructed and partially operational at the time, however, issues related to poor construction needed to be addressed. With research and evaluation of the market conditions, the property was converted for timeshare-use and an aggressive marketing plan ensued. A buyer was found for the asset and it was sold mid-stream of the bankruptcy proceedings making the lender whole.

**360-Room Hotel (Orlando, FL)**

- $13M REO by lender
- Asset management, workout, and oversight of $5M in renovations
- Provided expert testimony in bankruptcy case for lender
- Management of the asset continued and a condominium-use for the property was determined prior to the going to market. The asset was marketed for sale and within a few months was sold for profit to the lender

**806-Unit Multifamily Apartment Complex (Baltimore, MD)**

- $36M REO by lender
- Asset management, workout, and oversight of $4M in renovations
- Took control of the asset and oversaw the renovations, leasing, and repositioning of the property
- Once stabilized, a sale was negotiated, and the lender was made whole

## PROFESSIONAL ORGANIZATION AFFILIATIONS

Instructor – Federal Emergency Management Association (FEMA)
Member – Florida Associate of Building Inspectors (FABI) – Member # RPI0606
Member – Southern Building Code Congress, Inc. (SBCCI)

## PROFESSIONAL ACTIVITIES

Board Member – Central Florida YMCA
Board Member – Florida Safety Council
Board Member/Chairman – Zoning Board of Adjustment
Chairman – Central Florida YMCA Facilities Committee
Chairman – Condominium Homeowners Board, Sandal Wood Lake Project
Chairman – Treasures on the Bay Homeowners Board
Member/Mentor – Associated Building Contractors (ABC), UCF Engineering Student Chapter
Member/Past President – Downtown Orlando Rotary
Presenter – New Construction Inspections Processes and Procedures
Presenter – FEMA Hurricane Damage Training in Miami, Houston, Atlanta, St. Louis
Presenter – Construction Contract and Administration 101
Radio Host – Questions and Topics Regarding Building Inspections
Trainer – How to Start and Operate an Inspection Firm
Trainer – OSHA Safety Compliance for Commercial Construction

**EXHIBIT B**
**Page 224**

**<u>ADDITIONAL TRAINING</u>**

Air Conditioning Engineering School – Trane Company
Consultants Effective Construction Management – ATT
Leadership Excellence for Construction Executives – Fails Management Institute (FMI)
Project Management, Engineering, and Scheduling – University of Rhode Island

# EXHIBIT B
## Page 225

# GREG TROTTER
PRESIDENT

## PROFESSIONAL EXPERIENCE

Mr. Trotter is the Founder and President of Commercial Building Consultants, L.L.C. (CBC), a premier commercial building consultancy and due diligence firm, established in 2003. His thirty-five plus years of hands-on experience in the commercial real estate construction, oversight, consultancy, project management, workout, and due diligence field confirms his leadership in the industry. Mr. Trotter has built the foundation of his professional experience working on a multitude of projects from major billion-dollar portfolios to small Mom & Pop projects. His industry knowledge and ability to take on the most complex projects has showcased his skills and leadership while leading CBC into one of the most recognized specialty commercial real estate consulting and due diligence firms in the country.



## PROJECT EXPERIENCE

**The Landings at San Marco Apartments, Jacksonville, Florida – Renovation Status and Budget Review, and Construction Oversight:** The two and three-story, 21 building, 213-unit multi-family project was vacant and in bad disrepair. CBC was retained by the client to initially perform a Renovation Status and Budget Review on the property. Mr. Trotter conducted a site visit to observe and opine on the work-in-place with the ongoing renovations and to review the budget to ensure that the proposed budget is in-line with the cost to complete the project. CBC was later retained to provide Construction Oversight on the project to ensure the project would be completed in a workman-like manner within the budgetary and time frame proportioned.

**Poway Outpost, Poway, California – Asset Construction Review, and Construction Oversight/Draws:** The client retained CBC to perform an Asset Construction Review on a 1.55-acre Mixed Use multi-family/retail ground-up construction project with underground parking. The project was already underway when Mr. Trotter performed the first site visit for the Asset Construction Review. The purpose of the sit visit was to provide an overview and opinion of the construction for the mixed-use facility. As a scope of work (SOW), CBC was to observe and opine on the current property location, and any additional observations regarding the project. CBC was later retained to provide Construction Oversight and Draw Inspections on the property.

**3 Chestnut Street, Worcester, Maine – Property Condition Assessment:**
Mr. Trotter provided consulting and building assessment services for the 3 Chestnut Street Historic Storage Warehouse. The facility was initially constructed as a storage building and boasts one of the oldest and continuously operational horse-drawn lifts, which is comparable to today's modern freight elevators. Built in 1889, the facility encompasses approximately 38,650 square feet. The final report provided results of an evaluation of all business systems and physical deficiencies of the structure.

### EDUCATION
*BS, Business Administration*
*University of New Hampshire (UNH)*

*Construction Management Engineering and SchedulingUniversity of Rhode Island*

WORK HISTORY
Commercial BuildingConsultants, L.L.C. 2003 to PRESENT

Property ConditionAssessment 1999 to 2003

Certified Building Inspectors1990 to 1998

DRS Masonry
Manchester, New Hampshire1988 to 1990

RH White Construction Manchester, New Hampshire 1983 to 1987

**\* Prior to CBC, LLC**

### AFFILIATIONS
Board Member and Chairman of Downtown Orlando YMCA Facilities Committee, Central Florida YMCA

Member, Past President, Downtown Orlando RotaryClub

Trainer, OSHA Safety Compliance for CommercialConstruction

Presenter, FEMA
Training, Hurricane Damage

Member and Mentor,Associated Building Contractors, UCF

# EXHIBIT B
## Page 225

Case 21-03654-GLT-11    Filed 09/17/21    Entered 09/17/21 10:42:16    Doc 10-4    Pg. 16
of 61

Greg Trotter – Resume
Page 2

EXHIBIT B
Page 226

**City of Orlando Fire Station No. 6, Orlando, Florida - Facility Condition Assessment:** CBC was retained by the City of Orlando to provide a Facility Condition Assessment of the City's Fire Station No. 6 at the Orlando Executive Airport in Orlando, Florida for the Greater Orlando Aviation Authority (GOAA). He identified all deficiencies related to the building systems, site development, exterior and interior systems, fire and life safety, HVAC, electrical, plumbing, and American Disabilities Act (ADA) compliance. The facility consists of three concrete block buildings totaling 7,200 square feet, including fire station operations, community areas, living quarters, common areas, and an Apparatus Garage where Emergency Response Vehicles and fire equipment are stored. The assessment allowed GOAA and its Purchasing Department to make an informed decision on potential investment opportunities and estimated remaining useful life of the facility and its systems as well as, critical repairs and maintenance needed.

**Heritage Landing Golf Community, St. Augustine, Florida – Consulting, HOA/CDD Reserve Schedule, and Facility Condition Assessment:** Mr. Trotter worked with the Community Development District (CDD) by providing consulting, reserves, and FCA services on several projects. The golf community facilities consist of athletic fields, tennis and basketball courts, a playground, picnic pavilions, RV storage, two pools, waterslide, pedestrian bridge, fishing pier, bus stop shelter, paved parking, and landscaped areas. The Facility Assessments report encompassed details of the life expectancies of each asset and created a Replacement Reserve Budget to be used by the community as a gauge for how much to invest in current, short and mid-term capital expenditures.

**City of Wildwood Community Centers, Wildwood, Florida – Facility Condition Assessment:** CBC was retained by the City of Wildwood Parks and Recreation Department to perform Facility Condition Assessments with Reserves on the Wildwood Community Centers. Mr. Trotter assessed the Martin Luther King Community Center, Oxford Community Center, and the City Community Center. The facilities were constructed in 1960, 1980, and 2002, respectively. According to the county, the buildings are zoned Municipal Use (08900) and are comprised of approximately 25,000 square feet. Mr. Trotter's site visits were to inspect and opine on the current condition of the various centers and to create a Replacement Reserve Schedule for each center in order to understand and plan for current, short and mid-term capital expenditures.

**Historic Middle River Station – Consulting and Property Condition Assessment (PCA):**
CBC was retained to perform consulting services and a Property Condition Assessment on a historic vacant aircraft manufacturing facility in Baltimore/Middle River, Maryland. Originally built in 1929 on 50 acres of land, the project incorporated three buildings consisting of approximately 1.9 million square feet. The property was to be developed into what is being called Aviation Station, an innovative "transit-oriented" development. The original property was the former site of the Glen L. Martin Aircraft Company plant that built the B-26 Marauder bomber during World War II. The new facility will house an indoor sports facility, a Tru by Hilton hotel, apartment, and retail space. In-depth reporting provided the client with a full understanding of the current condition of the property along with the time, effort, and cost it would take to undertake the project.

**652 Unit Multi-Family Portfolio – Consulting, Asset Management, Workout, and Oversight:**
4.2 million dollars in renovations were performed with Mr. Trotter's expertise in managing and consulting for the multi-family facilities portfolio consisting of a total of 20 million dollars in asset management. Numerous apartment buildings were located throughout the State of Indiana, where Mr. Trotter completed a capital needs assessment during the workout and oversight for the multi-million-dollar renovation project. The portfolio project included multiple facilities that housed a total of 652 residential units throughout Indiana.

**EXHIBIT B**
**Page 227**

# EXHIBIT 11

**EXHIBIT B**
**Page 228**

# ASSET CONSTRUCTION REVIEW
# Poway Outpost



## 13247 Poway Road
## Poway, California 92064

CBC Project Number 20-2836-5

September 22, 2020



Commercial Building Consultants, LLC
590 N Semoran Blvd • Orlando, FL 32807
Phone: 407.447.5881 • Fax: 407.843.0006
www.CBCbuildingsolutions.com



September 22, 2020

**UC Funds**
745 Boylston Street, Suite 502
Boston, Massachusetts 02116

**Attn:**      **D. Ross Pemmerl, Chief Credit Officer**
rpemmerl@ucfunds.com

**Re:**        **Poway Outpost**
13247 Poway Road
Poway, California 92064
CBC Project No. 20-2836-5

**Subject:**   **Asset Construction Review Report**

Mr. Pemmerl,

Commercial Building Consultants, LLC (CBC) is pleased to provide the findings and observations of the site visit to the Poway Outpost project located at 13247 Poway Road in Poway, California.

The purpose of the site visit was to provide an overview and opinion of the construction of the mixed-use facility. As a scope of work (SOW), CBC was contracted to observe and opine on the current property location, and any additional observations regarding this project. Photographs were taken and are appended within this report.

If you have any questions or need further information regarding the observations or opinions of the Poway Outpost project, please contact our office at (407) 447-5881, or Greg Trotter directly at (321) 436-8073.

Thank you,

*Commercial Building Consultants, LLC*

Greg Trotter
President



# TABLE OF CONTENTS

SALIENT INFORMATION ........................................................................................................iv

EXECUTIVE SUMMARY ....................................................................................................... 5
    General Description ........................................................................................ 5
    General Observations ..................................................................................... 5
        Developer .............................................................................................. 5
        Contractor ............................................................................................ 5
        Construction Cost Estimates ............................................................... 6
        UC Funds Asset Management Post-Closing Commitment ......................... 6
    On-Site Observations ..................................................................................... 6
    Project Status ................................................................................................. 6
    Conclusions .................................................................................................... 6

Aerial View – AUGUST 2016 ............................................................................... 7

Aerial View – AUGUST 2018 ............................................................................... 8

Expanded Aerial View – AUGUST 2018 ................................................................ 9

Poway Outpost – Strategy Diagram ....................................................................10

Photographs 11

# SALIENT INFORMATION

## Poway Outpost

Poway, California

September 2020

---

- **PRIMARY USE**                    Mixed Use – Apartments & Retail

- **CONSTRUCTION SCHEDULE**          November 2018-November 2020 (proposed)

- **LAND**                           Approximately 1.55 Acres

- **NUMBER OF UNITS**                53 Apartments/Retail Spaces

- **NUMBER OF BUILDINGS**            4 Buildings

- **NUMBER OF FLOORS**               Three-Story

- **PARKING SPACES**                 325 Spaces – Below-Grade Parking

- **DATE OF VISIT**                  September 4, 2020

**EXHIBIT B**
**Page 232**

## EXECUTIVE SUMMARY

Commercial Building Consultants, LLC (CBC) performed a site visit to the Poway Outpost construction site located at 13247 Poway Road in Poway, California (Subject Property). The physical site visit was conducted on Friday, September 4, 2020 by Greg Trotter of Commercial Building Consultants.

### General Description

The Subject Property is a ground-up construction project consisting of a two and three-story mixed-use property in Poway, California. The project is to include multi-family and retail with underground parking. The site is located on Poway Road, the main street feeding into the City of Poway, just west of Community Road. The property consists of a generally rectangular-shaped parcel that totals approximately 1.55 acres of land with the buildings totaling 97,000 gross square feet of space. The space will include fifty-three (53) apartment units and 45,000 square feet of retail space, plus 129,000 square feet for a 325-stall underground parking garage.

The western side of the property formerly housed a commercial structure that was developed in phases. The eastern portion of the site was developed in 1950 with a small residential structure and an additional structure was developed in 1966 on the northeast corner of the property. The property is surrounded primarily by residential, municipal, and retail properties. Site access will be achieved via entries from Poway Road on the north side of the property.

### General Observations

The Subject Property was accessed on Friday, September 4, 2020. At the time of the site visit, the weather was recorded as clear. The temperature was recorded as 72°F during late morning.

The site visit consisted of observations of the construction site of which is currently in progress, along with observations of the direct surrounding areas. *Note:* The observation did not include any direct assessments of the physical condition of the structure of any buildings, building systems, or amenities, as this was not defined under the SOW for this project, per the Client. The Subject Property was observed during the late morning and early afternoon hours.

On-site meetings were conducted with the following individuals:

- Marco DeDominicis, Executive Chair with Capexco, Inc., Calgary, Canada
- Greg Loy, KD Stahl Construction, Executive VP, San Diego, California
- Shawn Heyl, President of Green Pace Financial, San Diego, California

### Developer

The developer for this project is Capexco, Inc. Capexco was founded in 2015 and has office located in Calgary, Alberta, Canada and San Diego, California. Marco DeDominicis is the Executive Chairman of the company, and he can be reached at 403-888-5332.

### Contractor

The contractor for this project is KD Stahl Construction Group. KD Stahl was founded in 2004 and has offices located in San Diego, California. Greg Loy is an Executive Vice President of the firm, and he can be reached at 619-954-6580.

**EXHIBIT B**
**Page 232**

## Construction Cost Estimates

The total cost of construction for this project is budgeted at approximately $27,160,829 with a completion date projected in November of 2020.

The estimated total funding is $11,734,670. The breakdown includes $9,572,212 to payoff TREZ Capital, plus $2,162,458 from UC funds to cover impact fees, etc.

### UC Funds Asset Management Post-Closing Commitment

The four-month draw estimate for this project is approximately **$3,400,000**. The monthly draws must be funded in a timely manner by the 15th of the month following each draw request until the project is completed.

### On-Site Observations

The mixed-use property is located approximately twenty-two (22) miles northeast of downtown San Diego in the suburban city of Poway. The following information was observed during the site visit:

- There is a strong demand for apartment style housing in Poway.
- A letter dated September 2, 2020 from the City of Poway City Manager indicates the project is in compliance with the approved plans and City and State codes.
- Site crews were present blocking the street in order to finalize underground utility tie-ins for the property, trench backfill, and complete pavement patching.
- The ground-floor and second-floor of the parking garage are complete.
- The perimeter walls for the garage are 50% complete. Rebar and water proofing are in-place. The walls for the parking garage are to be poured this coming week.
- Crews on-site were setting shoring and deck forms for the third-floor parking deck.

### Project Status

Manpower on-site consisted of forty-three (43) workers including site and concrete workers. The underground parking garage building is ongoing, and the overall project is approximately 43% complete. Underground piping and sleeves for gas, sewer, and water are complete.

### Conclusions

The Poway Outlet project fits the intent of the City's vision as part of establishing a City Center. The quality of construction appears to be excellent. The Sponsor and Contractor demonstrate the experience and commitment to perform the work.

Overall, the Subject Property is in a very accessible and a highly trafficked area. The project is being constructed in the newly proposed "Downtown Area" of Poway.

Thank you,

*Commercial Building Consultants, LLC*

Greg Trotter
President

**EXHIBIT B**
**Page 234**

## AERIAL VIEW – AUGUST 2016



**EXHIBIT B**
**Page 234**

**EXHIBIT B**
**Page 235**

## AERIAL VIEW – AUGUST 2018



**EXHIBIT B**
**Page 235**

# EXPANDED AERIAL VIEW – AUGUST 2018

## Poway Outpost Location and Surrounding Areas



# POWAY OUTPOST – STRATEGY DIAGRAM



## PHOTOGRAPHS



**Photograph 1:** Street view of the final work related to running utilities to the site from the street.



**Photograph No. 2:** Ongoing site work is nearly complete in the street.

**EXHIBIT B**
**Page 239**



**Photograph 3:** Outpost Project posting on the construction fence as was visible from the street.



**Photograph No. 4:** Pavement patch over the trench for the water main run into the property.

**EXHIBIT B**
**Page 239**



**Photograph No. 5:** Irrigation line had just been run into the project. The trench was ready to be backfilled.



**Photograph 6:** Project overview of the north areas of the Parking Lot Deck No. 2 with the street edge in the background.



**Photograph 7:** View of Second Floor Construction



**Photograph No. 8:** Ramp leading down to the lower level of the Parking Garage.

**EXHIBIT B**
**Page 242**



**Photograph No. 9:** Parking Garage Deck No. 2



**Photograph 10:** Rebar tied in place for the columns and exterior walls.

**EXHIBIT B**
**Page 242**

**EXHIBIT B**
**Page 243**



**Photograph No. 11:** Waterproofing membrane has been installed to the outward face of the perimeter walls.



**Photograph No. 12:** Overview of the underground parking garage.

**EXHIBIT B**
**Page 243**



**Photograph No. 13:** Crews were working off formwork with shoring below for the structural reinforcement for the third floor.



**Photograph No. 14:** Workers setting deck forms and shoring for the third floor.

**EXHIBIT B**
**Page 245**



**Photograph No. 15:** There were three construction sites ongoing in the Town Center Corridor area including Poway Outpost.



**Photograph 16:** The property is located approximately 4 miles east of Exit 18 from Interstate-15.

# End of Photographs

**EXHIBIT B**
**Page 245**

**EXHIBIT B**
**Page 246**

# EXHIBIT 12

**EXHIBIT B**
**Page 247**

# CONSTRUCTION PROGRESS REVIEW

## Poway Outpost



**13247 Poway Road**
**Poway, California 92064**

CBC Project Number 21-2907

March 9, 2021



C o m m e r c i a l   B u i l d i n g   C o n s u l t a n t s ,   L L C
5 9 0   N   S e m o r a n   B l v d   •   O r l a n d o ,   F L   3 2 8 0 7
P h o n e :   4 0 7 . 4 4 7 . 5 8 8 1   •   F a x :   4 0 7 . 8 4 3 . 0 0 0 6
w w w . C B C b u i l d i n g s o l u t i o n s . c o m

**EXHIBIT B**
**Page 247**

**EXHIBIT B**
**Page 248**



March 9, 2021

**UC Funds**
745 Boylston Street
Boston, Massachusetts 02116

**Attn:**      **Cathy Oniffrey, Managing Director**
              cmo@ucfunds.com

**Re:**        **Poway Outpost Site Visit #3**
              13247 Poway Road
              Poway, California 92064
              CBC Project No. 21-2907

**Subject:**   **Construction Progress Review Report**

Ms. Oniffrey,

Commercial Building Consultants, LLC (CBC) is pleased to provide the findings and observations of the recent site visit to the Poway Outpost project located at 13247 Poway Road in Poway, California.

If you have any questions or need further information regarding the observations or opinions of the Poway Outpost project, please contact our office at (407) 447-5881, or Greg Trotter directly at (321) 436-8073.

Thank you,

*Commercial Building Consultants, LLC*

Greg Trotter
President

**EXHIBIT B**
**Page 248**

**EXHIBIT B**
**Page 249**

**General Description**

The Subject Property was accessed on Wednesday, February 24, 2021 at 10:00 AM local time. At the time of the site visit, the weather was clear, and the temperature was recorded at 55°F.

**Those Present:**

- Greg Trotter, President of Commercial Building Consultants
- No staff/crew were on-site

**On-Site Observations/Interviews**

- On arrival at the construction site, the gate into the property was locked off. The project appeared to be abandoned.
- The generator pump in the southwest corner of the property sounded like it was running.
- Greg Trotter of CBC contacted Capexco and K.D. Stahl to get an explanation on why the site was abandoned when there were critical dewatering components operating.
- Dave Hall of Capexco did not know the site was not staffed. Mr. Hall indicated that Capexco intended to terminate K.D. Stahl's construction contract the Friday following the site visit date. It was reported that Capexco was going to have their representative staff on the property seven days a week to keep the generator and wells operating beginning after K.D. Stahl's termination.
- Greg Joy contacted K.D. Stahl's superintendent to determine his location. It was reported that the superintendent told Mr. Joy that he was on site earlier that morning but had left the project site.
- No progress with the project could be detected from walking the perimeter of the construction site.

**EXHIBIT B**
**Page 249**

**EXHIBIT B**
**Page 250**

## PHOTOGRAPHS



**Photograph 1:** The entrance to the construction site was locked off at the time of arrival. No construction staff was found to be on-site at the time of the site visit.



**Photograph 2:** View of the construction fence along Poway Road (north property line).

**EXHIBIT B**
**Page 250**

**EXHIBIT B
Page 251**



**Photograph 3:** The K.D. Stahl Construction Group banner was still in-place on the construction fence.



**Photograph 4:** Pump and filters are located on the southwest corner of the property. It sounded like the equipment was operating.

**EXHIBIT B
Page 251**

**EXHIBIT B**
**Page 252**



**Photograph 5:** Rear Property Line



**Photograph 6:** No further progress was observed since CBC's previous site visit in January of 2021.

**EXHIBIT B**
**Page 252**



**Photograph 7:** No activity or progress was observed at the time of the site visit.



**Photograph 8:** Perimeter fence running along the east property line. No deflections were observed in the pavement.



**Photograph 9:** The forklift appears to be in the same position as it was during the last CBC site visit on January 13, 2021.



**Photograph 10:** The north foundation wall appears to be complete.

**EXHIBIT B**
**Page 255**



**Photograph 11:** The top of the west foundation wall has exposed rebar.



**Photograph 12:** Overview of the interior of the project site looking east.

**EXHIBIT B**
**Page 255**

**EXHIBIT B**
**Page 256**



**Photograph 13:** Adjacent property to the west.

**Photograph 14:** No changes with the vertical construction were observed.

**EXHIBIT B**
**Page 256**

**EXHIBIT B**
**Page 257**



**Photograph 15:** Overview of the west foundation wall status.

# End of Photographs

**EXHIBIT B**
**Page 257**

**EXHIBIT B**
**Page 258**

# EXHIBIT 13

EXHIBIT B
Page 259

March 9, 2021

<u>Via Email</u>

To All Subcontractors and Suppliers on the Outpost Project:

Please be advised that the owner has terminated its prime contract with K.D. Stahl Construction Group, Inc. ("KDS"), effective yesterday March 8, 2021.

We do not yet know the owner's intentions with regard to any potential assignments of your respective subcontracts but we will cooperate in this effort and do our best to make this a seamless transition for all of you.

Please immediately cease any further work being performed under your subcontract or purchase orders with KDS and submit any and all final billings you contend are due so that we may submit to and pursue the same from the owner. We will be immediately recording a mechanic's lien to recover amounts owed to KDS and our subcontractors and suppliers.

We appreciate the work you performed on the project and are disappointed the owner has elected to make this unfortunate decision. We vehemently dispute and protest the termination, and we have and will continue to pursue all amounts due and owing by the owner, including amounts for work performed by our various subcontractors and suppliers.

Please do not hesitate to contact me with any questions.

Sincerely,

Kraig Stahl
President
K.D. Stahl Construction Group, Inc.
13240 Evening Creek Drive, Ste. 302
San Diego, CA 92128
858-883-2915 ext. 101

EXHIBIT B
Page 259

# EXHIBIT 14

**EXHIBIT B**
**Page 261**

# CONSTRUCTION PROGRESS REVIEW

## Poway Outpost



**13247 Poway Road**
**Poway, California 92064**

CBC Project Number 21-2907

March 26, 2021



Commercial Building Consultants, LLC
590 N Semoran Blvd • Orlando, FL 32807
Phone: 407.447.5881
www.CBCbuildingsolutions.com

**EXHIBIT B**
**Page 261**



March 26, 2021

**UC Funds**
745 Boylston Street
Boston, Massachusetts 02116

**Attn:**     **Cathy Oniffrey, Managing Director**
               cmo@ucfunds.com

**Re:**       **Poway Outpost Site Visit #4**
               13247 Poway Road
               Poway, California 92064
               CBC Project No. 21-2907

**Subject:**   **Construction Progress Review Report**

Ms. Oniffrey,

Commercial Building Consultants, LLC (CBC) is pleased to provide the findings and observations made during the March 11th, 2021 site visit to the Poway Outpost project located at 13247 Poway Road in Poway, California.

If you have any questions or need further information regarding the observations or opinions of the Poway Outpost project, please contact our office at (407) 447-5881, or Greg Trotter directly at (321) 436-8073.

Thank you,

*Commercial Building Consultants, LLC*

Greg Trotter
President



**EXHIBIT B**
**Page 263**

## General Description

The Subject Property was accessed on Thursday, March 11th, 2021 at 10:00 AM local time. At the time of the site visit, the weather was overcast, and the temperature was recorded at 55°F. The past week's weather in San Diego included light spring rains regularly.

### Those Present

- Greg Trotter, President of Commercial Building Consultants
- AJ Vazquez, Asset Manager at UC Funds
- Ross Pemmerl, Director at UC Funds
- Dane Penick, Vice President of TB Penick and Sons
- Aaron Luecht, Project Executive at TB Penick and Sons
- Mike Watson, Superintendent at Capexco Funds

### Site Visit Observations/Interviews

- CAPEXCO reported to CBC and UC Funds they had terminated KD Stahl's contract on March 5th, 2021.

- Mike Watson of Capexco arrived and took over control of the site on March 6th to change the locks and check the status of the site.

- On March 9th, KD Stahl, the general contractor, sent out a letter to their suppliers and subcontractors to cease work on the Poway Outpost project. The letter indicated that their contract had been terminated by the Owner (Capexco) for the construction of the project (see appended letter).

- Upon CBC's arrival to the site on March 11th, a representative of United Rentals construction arrived on the site to try to retrieve their steel road plates that were on-site. The road plates could not be retrieved due to logistical issues.

- Mike Watson, Capexco's Site Representative, reported the utility company had cut off power to site on Tuesday, March 9th. Power was turned back on when the account was changed over to Capexco on the afternoon of Friday, March 12th. In the course of establishing a new account, it was reported that the utilities bills were in the arrears for the previous six (6) months.

- The disruption of power stopped the secondary sump pumps from operating. As a result, ponding water built-up in the lower deck of the parking garage (see appended memo from Capexco).

- The entourage toured the site with the purpose of reviewing the work in-place. There were concerns regarding cracks in the concrete floors and walls and the amount of stormwater build-up in the lower level of the parking garage.

- After the site assessment, TB Penick was tasked to prepare an order of magnitude Cost to Complete Estimate the remaining work (see attached Cost to Complete dated March 14th, 2021). A more accurate estimate can be prepared once TB Penick is allowed to contact subcontractors and put a team on site to evaluate the as-built conditions and required quantities for the work that is needed to be completed.

**EXHIBIT B**
**Page 263**

**EXHIBIT B
Page 264**

## CEASE OF WORK NOTICE FROM KD STAHL



March 9, 2021

<u>Via Email</u>

To All Subcontractors and Suppliers on the Outpost Project:

Please be advised that the owner has terminated its prime contract with K.D. Stahl Construction Group, Inc. ("KDS"), effective yesterday March 8, 2021.

We do not yet know the owner's intentions with regard to any potential assignments of your respective subcontracts but we will cooperate in this effort and do our best to make this a seamless transition for all of you.

Please immediately cease any further work being performed under your subcontract or purchase orders with KDS and submit any and all final billings you contend are due so that we may submit to and pursue the same from the owner. We will be immediately recording a mechanic's lien to recover amounts owed to KDS and our subcontractors and suppliers.

We appreciate the work you performed on the project and are disappointed the owner has elected to make this unfortunate decision. We vehemently dispute and protest the termination, and we have and will continue to pursue all amounts due and owing by the owner, including amounts for work performed by our various subcontractors and suppliers.

Please do not hesitate to contact me with any questions.

Sincerely,

Kraig Stahl
President
K.D. Stahl Construction Group, Inc.
13240 Evening Creek Drive, Ste. 302
San Diego, CA 92128
858-883-2915 ext. 101

13240 Evening Creek Drive, Ste. 302, San Diego, CA 92128 (858)-883-2915 Fax: 858-883-2254
www.kdstahl.com

**EXHIBIT B
Page 264**

**EXHIBIT B**
**Page 265**

## MEMO FROM CAPEXCO

Below is a memo as requested by CBC for the temporary shutdown of power:

March 11th, 2021

To:      Greg Trotter, Cathy Oniffrey
From:  Dave Hall
Re:      Summary of Events Leading to Temporary Power Shut Down

On March 8th, 2021 KD Stahl was officially terminated with cause as the General Contractor at our Poway Outpost project.  Upon termination, on March 9th, KD Stahl sent the attached notice to all of the subcontractors on the project.  Upon receipt of this notice, and due to the fact, they were 6 months in arrears for payment from KD Stahl, Power Plus, who provided temporary power for the interior water pumps and lighting, shutdown power supply to the site.

As soon as Capexco was aware of the shutdown, we contacted Power Plus to open an account of our own and have power service resumed.  The application to open our account was received by Power Plus on Wednesday March 10th and our account opened on Thursday March 11th.  We expect the resumption of power on Thursday March 11th or Friday March 12th.  It is important to note that the main dewatering pumps on the perimeter of the site that are powered by the onsite diesel generator have continued to operate during this time.

**EXHIBIT B**
**Page 265**

# PHOTOGRAPHS



**Photograph 1:** View of project on March 11th, 2021 looking southwest. No construction workers were on-site at the time of the site visit.



**Photograph 2:** Standing water was present on the upper slab from recent rains.



**Photograph 3:** The utility company cut off power to the site on March 9th, 2021. No power to the secondary sump pumps was causing ponding water issues on the site.



**Photograph 4:** Concerns regarding the concrete work were noted at various locations. This indicates a need for an engineering assessment of the existing structure prior to restarting construction.

**EXHIBIT B**
**Page 268**



**Photograph 5:** Cracks emanating from this column are of concern.



**Photograph 6:** Unfinished foundation wall along the front of the building.

**EXHIBIT B**
**Page 268**

**EXHIBIT B
Page 269**



**Photograph 7:** The northwest corner of the foundation is unfinished.



**Photograph 8:** Unfinished sections of foundation along the west wall.



**Photograph 9:** Ramp leading down to the lower level of the parking garage.



**Photograph 10:** Water was migrating through cracks from the upper deck to the lower level of the parking garage.

**EXHIBIT B
Page 271**



**Photograph 11:** Standing water along the front wall of the parking garage.



**Photograph 12:** Ponding water in another portion of the parking garage.

# End of Photographs

**EXHIBIT B
Page 271**