EXHIBIT C
Page 272

# EXHIBIT C

EXHIBIT C
Page 272

FITZGERALD KNAIER LLP
    Kenneth M. Fitzgerald (SBN: 142505)
    Robert G. Knaier (SBN: 234466)
    Keith M. Cochran (SBN: 254346)
402 West Broadway, Suite 1400
San Diego, CA 92101
Tel: (619) 241-4810
Fax: (619) 955-5318

Attorneys for Plaintiff
UC Poway Post Holder, LLC

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
09/08/2021 at 11:48:00 AM
Clerk of the Superior Court
By Kristin Sorianosos, Deputy Clerk

# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SAN DIEGO

| | |
|---|---|
| UC POWAY POST HOLDER, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>POWAY PROPERTY, LP, a Delaware limited partnership, DAVID HALL, an individual, TRENT CLAUGHTON, an individual, MARCO DEDOMINICIS, an individual, and DENNY CHOW, an individual, and Does 1 through 25, inclusive,<br><br>    Defendants. | Case No.:37-2021-00036903-CU-BC-CTL<br><br>**Declaration of Keith Cochran in Support of Plaintiff UC Poway Post Holder, LLC's *Ex Parte* Application for Appointment of Receiver**<br><br>Date: September 9, 2021<br>Time: 8:30 a.m.<br>Dept.: C-72<br>Judge: Hon. Timothy Taylor<br><br>Case Filed: August 27, 2021 |

EXHIBIT C
Page 273

*UC Poway Post Holder, LLC v. Poway Property, LP, et al.*
Cochran Declaration iso *Ex Parte* Application for Appointment of Receiver

I, Keith M. Cochran, declare as follows:

1. I am an attorney with Fitzgerald Knaier LLP, counsel for plaintiff UC Poway Post Holder, LLC. I am licensed to practice law in the state of California. I have personal knowledge of the facts set forth herein and, if called upon to do so, could and would testify competently thereto.

2. On September 7, 2021 at 4 pm Pacific time, I emailed defendants' counsel Larry Fedchun, informing him of this *ex parte* hearing. My understanding is that Mr. Fedchun is in-house counsel for the developer Capexco Inc., and is also counsel for all the defendants in this matter, including Poway Property, LP, David Hall, Trent Claughton, Marco DeDominicis, and Denny Chow. Attached as Exhibit 15 is a true and correct copy of this email.

3. On September 3, 2021, Aaron Luecht, a Project Executive of T.B. Penick & Sons, Inc. visited the unfinished construction project in Poway at plaintiff's request. Founded in 1905, T.B. Penick & Sons, Inc. is a construction company headquartered in San Diego, specializing in general construction, design-build, construction management, and structural concrete systems. Mr. Luecht confirmed that the construction project appeared abandoned, there were no construction staff or crew on site, the gate was locked, and the materials on site appeared to be weathered. On September 7, 2021, Mr. Luecht provided a written report to plaintiff outlining his observations. Attached as Exhibit 18 is a true and correct copy of Mr. Luecht's report.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed September 8, 2021 in San Diego, California.

_____
Keith M. Cochran

1

EXHIBIT C
Page 274

*UC Poway Post Holder, LLC v. Poway Property, LP, et al.*
Cochran Declaration iso *Ex Parte* Application for Appointment of Receiver

**EXHIBIT C**
**Page 275**

# EXHIBIT 15

**EXHIBIT C**
**Page 275**

## Keith Cochran

| | |
|---|---|
| **From:** | lfedchun@capexcofunds.com |
| **Sent:** | Tuesday, September 7, 2021 8:16 PM |
| **To:** | Keith Cochran |
| **Cc:** | Robert Knaier; Lizette Cervantes; david@speckmanlawfirm.com |
| **Subject:** | RE: UC Poway Post Holder, LLC v. Poway Property, LP et al - Ex Parte Hearing |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Keith
Hope all is good as it can be.
Appreciate the heads up.
David Speckman is our counsel.
Not sure where you heard this information, but the many of the allegations are not true.
It will be interesting to see who would swear the affidavit and assert his /her perception of truthfulness.
Would you like to discuss before moving ahead?
Thanks and stay well.
Larry

Larry Fedchun
L W Fedchun Professional Law Corporation
41 Aspen Ridge Way SW
Calgary, Alberta,
T3H 5M2
403 616 5047


**From:** Keith Cochran <kcochran@fitzgeraldknaier.com>
**Sent:** Tuesday, September 7, 2021 5:00 PM
**To:** lfedchun@capexcofunds.com
**Cc:** Robert Knaier <rknaier@fitzgeraldknaier.com>; Lizette Cervantes <lcervantes@fitzgeraldknaier.com>
**Subject:** UC Poway Post Holder, LLC v. Poway Property, LP et al - Ex Parte Hearing

Larry,

Please be advised that on Thursday, September 9, 2021 at 8:30 a.m., we will be appearing ex parte in Department C-72 of the San Diego Superior Court to request an order appointing Douglas Wilson as Receiver of the Poway Outpost located at 13247 Poway Road.  This application is being made pursuant to Cal. Civ. Pro. §§ 564(b)(2) and (9) on the grounds that the construction project "is in danger of being lost, removed, or materially injured."  The owner Poway Property, LP has defaulted on its construction loan, terminated the general contractor, and abandoned the project.  The foundation is incomplete, and the project is facing significant dewatering issues that threaten the existing structure and could cause a catastrophic collapse.  Exigent circumstances exist for the appointment of a Receiver to take control of the project, oversee the dewatering issues, and complete the foundation.

We will email you copies of the ex parte application tomorrow after we file it with the Court.

Thanks,

1

EXHIBIT C
Page 276

EXHIBIT C
Page 277

Keith

**Keith Cochran**
kcochran@fitzgeraldknaier.com

**FITZGERALD KNAIER LLP**

402 West Broadway, Suite 1400 · San Diego, CA 92101
Direct: 619.241.4807
Fax: 619.955.5318
www.fitzgeraldknaier.com



The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message.

2

EXHIBIT C
Page 277

EXHIBIT C
Page 278

# EXHIBIT 18

EXHIBIT C
Page 278

**EXHIBIT C**
**Page 279**



Headquarters:
15435 Innovation Dr.
Suite. 200
San Diego, CA 92128
PHONE: 858.558.1800
FAX: 858.558.1881

2300 E Sahara Avenue
Suite 1624
Las Vegas, NV 89104
702 727-3886

649 Mission Street
Suite 500
San Francisco, CA 94105
415 503-3900

6600 W Sunset Blvd.
Suite 201
Los Angeles, CA 90028
323 348-1380

CA License 185381
NV License 0066467
AZ License ROC212989
www.tbpenick.com

September 7, 2021

Joe Ambrose
UC Funds LLC
745 Boyston Street
Boston, MA 02116

# FIELD OBERSERVATION REPORT

**Project Name:**       Poway Outpost
**Project Address:**    13247 Poway Road Poway, CA 92064
**Date of Observation:** September 3, 2021

The following observations were made from walking the perimeter of the project only, as there was not access available to the site at the time of observation:

1. The dewatering system to include pumps and water filtration discharge appeared to be operational, and the filtration system did discharge water while onsite to its discharge point. Generator was running during the site visit as well.  Could not observe that all pumps were functioning due to access to site.
    a. From perimeter walks could not see evidence of water coming through walls, only a minor area of water ponding in the middle of the P1 deck that was more than likely from the rain earlier in the week.
    b. Recommend onsite personal check that all pumps are functioning properly, as well as scheduling an onsite observation to check all parts of the project not visible from the perimeter.
2. Site Fencing was observed to be secure.  Fence appears to have been relocated to allow sidewalk to be reopened.
    a. Abandoned dewatering well outside of fence line should be properly cap, or barricaded to avoid possible trip and fall outside of construction fence now in Public Right of Way.
    b. Security Video Camera systems appears to have been removed, even though signs are still posted on the perimeter fencing.
3. Wood framing materials appears to be weathering over time.
    a. Recommend onsite supervision have manufacture of all the wood engineer products, review the materials to give recommendation on remaining exposure to weather.
    b. Recommend the wood engineered products be covered to prevent further degradation against exposure to inclement weather.
4. Forming materials have been exposed to weather for an excessive period of time, they appear to be unusable for structural and safety reasons when the project resumes, and should be replaced prior to concrete placement.



GENERAL CONSTRUCTION • DESIGN-BUILD • CONSTRUCTION MANAGEMENT • INNOVATIVE CONCRETE SYSTEMS

**EXHIBIT C**
**Page 279**

Please see attached photo's showing overall views of the site from perimeter observations only.

Please feel free to contact us with any questions or concerns

Best,

*[signature: Aaron B. Luecht]*

Aaron Luecht
Project Executive

GENERAL CONSTRUCTION • DESIGN-BUILD • CONSTRUCTION MANAGEMENT • INNOVATIVE CONCRETE SYSTEMS

EXHIBIT C
Page 280

**EXHIBIT C**
**Page 281**






**Page 281**

EXHIBIT C
Page 282






EXHIBIT C
Page 282

EXHIBIT C

Page 283

EXHIBIT C

Page 283

**EXHIBIT C**

**284**






**Page 284**






EXHIBIT C
Page 286






EXHIBIT C
Page 286