David L. Speckman, CSB 178180
SPECKMAN LAW FIRM
1350 Columbia Street, Suite 503
San Diego, California 92101
Telephone: (619)696-5151
Facsimile: (619) 696-5196
E-Mail: Speckmanandassociates@gmail.com

[Proposed] Attorney for Debtor and Debtor in Possession
POWAY PROPERTY, LP

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>POWAY PROPERTY, LP<br><br><br><br><br><br><br><br>Debtor. | Case No. 21-03654-CL11<br>Chapter 11<br><br>**DECLARATION OF WALTER FRITZ IN SUPPORT OF POWAY PROPERTY, LP'S OPPOSITION TO EMERGENCY MOTION FOR ORDER AUTHORIZING RECEIVER TO REMAIN IN POSSESSION OF ASSETS OF THE ESTATE PURSUANT TO BANKRUPTCY CODE SECTION 543(D)**<br><br>Dept. 5<br>Judge: Hon. Christopher B. Latham |

I, Walter Fritz, declare as follows:

1.    I am over the age of eighteen. I have personal knowledge of the facts set forth herein and, if called upon to do so, could and would testify competently thereto.

2.    I am a President of Nuera Group of Companies LP, located in Poway California.

1

DECLARATION OF WALTER FRITZ IN SUPPORT OF POWAY PROPERTY, LP'S OPPOSITION TO EMERGENCY MOTION FOR ORDER AUTHORIZING RECEIVER TO REMAIN IN POSSESSION OF ASSETS OF THE ESTATE PURSUANT TO BANKRUPTCY CODE SECTION 543(D)

3.      I am a Licensed "B" & C-8 contractor providing Construction Services in Southern California.

4.      I have been responsible for large urban construction projects in the USA and Canada for over 28 years after serving in the armed forces. Please see my resume attached as **Exhibit A.**

5.      I have been engaged as the General Contractor for the property located at 13247 Poway Road, Poway, California, 92064 (also known as the "Poway Outpost"). The Poway Outpost is a mixed use multi-family/retail ground-up construction project with underground parking.

6.      I have monitored and continue to monitor the dewatering daily ensuring the pumps work, and there was sufficient fuel to run the generator that powers the pumps.

7.      The pumps have and continue to work properly.

8.      We now simply need to maintain the dewatering system until the concrete work is complete at which time it can be removed

9.      The site has not abandoned. In fact, I am involved in the redesign and maintenance of the project. The Defendant desires to preserve the foundation to complete this project.

10.      There are no dewatering concerns that place the foundation at risk let alone subject to catastrophic collapse.

11.      There is absolutely no risk the existing structure will float away and cause a catastrophic collapse.

2

12.     This construction project is and will continue to be stable while we work through a redesign to reduce the amount of commercial space and increase the amount of residential space, and refinancing.  The redesign will not affect the foundation. The site is being maintained daily, and the architect and professional team are engaged and involved in the redesign and have raised no concern with the current structure or redesign.

13.     The City of Poway has not raised any concerns with the structural integrity of the foundation or any negative consequences to the road, neighbors, or utilities.

14.     Debtor engaged IKG Environmental, a dewatering expert to visit the site and provide their review of the dewatering system.  IKG confirmed that the dewatering system was operating properly.

15.     Pure Effect provides the filtration system and monitors the discharge and provides monthly reports to Poway Property LP to report to the State Water Board. These reports are current and have been submitted monthly.  A true and correct copy of the Water Discharge Report is attached hereto as **Exhibit "B".**

16.     The redesign contemplates utilizing the existing foundation as it is, therefore, the Debtor is very motivated to maintain the integrity of the foundation.

17.     The foundation is 80% complete and will be utilized in the completed project.  The foundation is competent, and the dewatering system is being maintained daily and is operating the way it was designed to operate.

18.     Through my company, there is adequate insurance in place; The United States Trustee has been added as a party to be notified in the event of insurance

DECLARATION OF WALTER FRITZ IN SUPPORT OF POWAY PROPERTY, LP'S OPPOSITION TO EMERGENCY MOTION FOR ORDER AUTHORIZING RECEIVER TO REMAIN IN POSSESSION OF ASSETS OF THE ESTATE PURSUANT TO BANKRUPTCY CODE SECTION 543(D)

cancellation.  A true and copy of the Certificate of Liability Insurance is attached hereto as **Exhibit "C".**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed September 20, 2021 in San Diego, California.


<u>/s/ Walter Fritz</u>

Walter Fritz

DECLARATION OF WALTER FRITZ IN SUPPORT OF POWAY PROPERTY, LP'S OPPOSITION TO EMERGENCY MOTION FOR ORDER AUTHORIZING RECEIVER TO REMAIN IN POSSESSION OF ASSETS OF THE ESTATE PURSUANT TO BANKRUPTCY CODE SECTION 543(D)

**EXHIBIT "A"**

**Exhibit A Resume of General Contractor Nuera - Walter Fritz**

# Walter Fritz, CD

15625 Mussey Grade Road
Ramona, CA 92065
Cell (760) 519-1386
Email: waltfritz@gmail.com (personal)

## SKILL SETS

- Public Relations
- Negotiation
- Dispute Resolution
- Scheduling and Processes
- Personnel Management
- Contract Management
- Crisis Management

## EXPERIENCE

03/22/2010 – Present Nuera Group of Companies
LP
Poway, CA, USA

**President**
Licensed "B" & C-8 contractor. Currently providing Construction Services in
Southern California. Returned to San Diego in Dec of 2009 to start my own business.
The company focused initially on repositioning of broken development deals and working
closely with Receiverships to establish estimates of probable cost, and build out of
projects, both in Canada and California. The company grew to a $20mm annualized
revenue company with roughly 100 employees on average, self-performing its own
framing and concrete until Covid impacted due to the focus on Senior Care and
Hospitality work. Since 2020, the company strictly focuses on placing concrete.
09/10/2009 – 11/20/09 Anthem Properties Calgary, Alberta, Canada

**Construction Manager, Calgary**
Responsible to represent Anthem Properties for all construction related issues for major
projects in Calgary, Alberta, Canada. The primary focus is the Waterfront Project, a three phase
mixed-use project including 1,000 residential units, representing a total construction
value of approximately $250MM (CDN), spread over approximately 650,000 GSF above
grade. The project is considered high-end residential and is a premier project for the City of
Calgary. My duties include the management of – and creation of – the construction entity
managing the project, 7 separate budgets, buy-out, liaising between the City for both
Development and Construction issues, and working to create the systems required to allow
Anthem to act as an Owner-Builder in today's construction market. The Parkade and Phase
One Tower was built during my tenor there.
12/2005 – 09/30/07 Barratt American Urban
Division Carlsbad, CA, USA

**V.P. Construction**
Responsible for the Construction of all Urban projects. Geographical areas include
Southern California, and looking at new opportunities in Northern California and Arizona
(Phoenix). I have successfully organized and established a working construction division in
the Company, and am currently managing the construction and completion and Type-5
Projects as Owner-Builder, in addition to managing an alternate form of revenue for the
company, which consists of acting as a General Contractor to other local Developers. We
are also in the process of designing a 240,000 FAR Type-1 building (16 stories) in downtown
San Diego for start of construction in late '07. My areas of experience in California in this
position range from procuring initial proformas to determine viability of the land deal, liaising
with the development process, establishing operating budgets, coordinating construction,
managing post-construction activities and the handling of construction defect and other
litigation claims. Projects are largely multi-family, with some mixed-use components. Gross
project values range from $25 million (USD) to $80 Million (USD). Unfortunately, due to the
economic downturn in the Southern California housing market, the position ended as Urban
opportunities were limited.
3/2002 – 11/2005 Pointe of View Condominiums Calgary, Alberta, Canada

**V.P. Construction**

Responsible for the Construction and Development of all projects. Geographical areas include Ontario (Toronto, Brampton); Alberta (Calgary, Edmonton, Red Deer); British Columbia (Vancouver, Kelowna); California (San Diego). Employment began as Construction Manager, which transitioned in to the V.P. Construction position when personnel changes occurred in the high-rise elements. Until March, 2005, my responsibilities were spread across Canada and California, until we reorganized and my focus became solely with the State of California. I have successfully managed a production rate of up to 2500 units a year in Canada. My areas of experience in this position range from procuring initial proformas to determine viability of the land deal, managing the development process, establishing operating budgets, coordinating construction and managing post-construction activities. Projects are largely multi-family, including Concrete Towers (averaging 24 stories, with the largest one being 41 stories) and four and three-story wood-frame walk-ups with a parking garage underneath. Gross project sizes range from $5 million (CDN) to $230 Million (USD).
3/1998 - 5/2001 Intracorp Developments Ltd. Calgary, Alberta, Canada

**Assistant Construction Manager**
Responsible for the construction of residential multi-family projects, ranging in value from $11 to $21 Million. These projects ranged in complexity from single units (duplexes) to apartment buildings. I started work as an Assistant Site Superintendent and worked my way up to Senior Construction Superintendent (Assistant Construction Manager) during my career with Intracorp. In May 2001, I left my position there as Intracorp began winding down operations in Calgary. Intracorp has since closed its Calgary office. Through this work, I have gained extensive experience in the residential construction market in Calgary.
4/1993 - 3/1998 Highland Woodcraft Calgary, Alberta, Canada

**General Manager**
Responsible for the smooth operation of a multi-faceted construction company, which operated in several different areas of the residential construction industry. There areas included providing framing crews to multi-family projects, custom renovations and additions, finishing crews to single family and multi-family builders, and running a custom millwork shop which produced pieces that ranged in size and complexity from custom furniture pieces to museum dioramas. Duties include administration, general management, estimating, scheduling, quality control & design. Here I employed up to 17 staff at one time.
6/1989 - 3/1992 W. C. Construction (Sole Proprietorship) Calgary, Alberta, Canada

**Carpenter**
Self-employed as a Carpenter, completing interior finishing, custom outdoor woodworking & residential renovations.
2/1983 – 3/1/2005 Canadian Armed Forces,
Primary Reserves -
Department of National
Defence
Canada

**Sergeant**
Employed in various command positions with The Calgary Highlanders (Primary Reserves) in Alberta. I was responsible for the administration, health, welfare, and general deportment of up to 40 staff at one time. Served in The Former Republic of Yugoslavia (1992) on a military deployment, from which I received a U.N. Force Commander's Commendation for work completed. Have been employed extensively in various leadership positions in Canada and around the globe. Through military service, I have been involved in reconstruction duties abroad.

# EDUCATION/BOARD EXPERIENCE
Association of Building Contractors, San Diego Chapter
· Served for two years as Board Chair, 2017 to 2019
Association of Building Contractors – California Chapter
· Served for two years as Board Chair, 2018 – 2020
University of CalPoly California, USA
**BSC Equivalency**
BSC Equivalency in Construction Management granted based on industry experience
6/1983 Sir Winston Churchill High
School Canada-Alberta-Calgary
**High School Matriculation**
Calgary Homebuilders' Association Canada-Alberta-Calgary
**Certification**
Construction Supervisor Certificate
Calgary Homebuilders' Association Canada-Alberta-Calgary
**Certification**

# EXHIBIT "B"

New Home Marketing Certificate
Calgary Homebuilders' Association Canada-Alberta-Calgary
**Certification**
Service Excellence Certificate
Calgary Construction Association Canada-Alberta-Calgary
**Certification**
Leadership for Safety Excellence
Calgary Construction Association Canada-Alberta-Calgary
**Certification**
Prime Contractor Safety Certification

## Exhibit B Water discharge reports

| Poway Outpost | | | | |
|---|---|---|---|---|
| Discharge Observations of Rattlesnake Creek and Poway Creek. | | | | |
| Date | Time | Observed By | Location of Observation | Coments |
| 7/1/2021 | 9:00 AM | Mike Watson | POD-250' upstream in storm drain-250' downstream | Clear water was observed |
| 7/2/2021 | 9:00 AM | Mike Watson | POD-250' upstream in storm drain-250' downstream | Clear water was observed |
| 7/6/2021 | 9:00 AM | Mike Watson | POD-250' upstream in storm drain-250' downstream | Clear water was observed |
| 7/7/2021 | 9:00 AM | Mike Watson | POD-250' upstream in storm drain-250' downstream | Clear water was observed |
| 7/8/2021 | 9:00 AM | Mike Watson | POD-250' upstream in storm drain-250' downstream | Clear water was observed |
| 7/9/2021 | 9:00 AM | Mike Watson | POD-250' upstream in storm drain-250' downstream | Clear water was observed |
| 7/12/2021 | 9:00 AM | Mike Watson | POD-250' upstream in storm drain-250' downstream | Clear water was observed |
| 7/13/2021 | 9:00 AM | Mike Watson | POD-250' upstream in storm drain-250' downstream | Clear water was observed |
| 7/14/2021 | 9:00 AM | Mike Watson | POD-250' upstream in storm drain-250' downstream | Clear water was observed |
| 7/15/2021 | 9:00 AM | Mike Watson | POD-250' upstream in storm drain-250' downstream | Clear water was observed |
| 7/16/2021 | 9:00 AM | Mike Watson | POD-250' upstream in storm drain-250' downstream | Clear water was observed |
| 7/19/2021 | 9:00 AM | Mike Watson | POD-250' upstream in storm drain-250' downstream | Clear water was observed |
| 7/20/2021 | 9:00 AM | Mike Watson | POD-250' upstream in storm drain-250' downstream | Clear water was observed |
| 7/21/2021 | 9:00 AM | Mike Watson | POD-250' upstream in storm drain-250' downstream | Clear water was observed |
| 7/22/2021 | 9:00 AM | Mike Watson | POD-250' upstream in storm drain-250' downstream | Clear water was observed |
| 7/23/2021 | 9:00 AM | Mike Watson | POD-250' upstream in storm drain-250' downstream | Clear water was observed |
| 7/26/2021 | 9:00 AM | Mike Watson | POD-250' upstream in storm drain-250' downstream | Clear water was observed |
| 7/27/2021 | 9:00 AM | Mike Watson | POD-250' upstream in storm drain-250' downstream | Clear water was observed |
| 7/28/2021 | 9:00 AM | Mike Watson | POD-250' upstream in storm drain-250' downstream | Clear water was observed |
| 7/29/2021 | 9:00 AM | Mike Watson | POD-250' upstream in storm drain-250' downstream | Clear water was observed |
| 7/30/2021 | 9:00 AM | Mike Watson | POD-250' upstream in storm drain-250' downstream | Clear water was observed |
| | | | | |
| | | | | |

# EXHIBIT "C"

Client#: 445061                                                      NUERACONTR

**ACORD** ™ | **CERTIFICATE OF LIABILITY INSURANCE** | DATE (MM/DD/YYYY)
9/17/2021

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer any rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Marsh & McLennan Agency LLC | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| Marsh & McLennan Ins. Agency LLC | E-MAIL ADDRESS: constructioncerts@marshmma.com | | |
| PO Box 85638 | | | |
| San Diego, CA  92186 | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| INSURED | INSURER A : National Fire Insurance Co of Hartford | | 20478 |
| Nuera Platinum Concrete, LLC | INSURER B : State Compensation Ins Fund of CA | | 35076 |
| 12528 Kirkham Court | INSURER C : Continental Casualty Company | | 20443 |
| Poway, CA  92064 | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

COVERAGES                    CERTIFICATE NUMBER:                              REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | X | | 6072015338 | 10/01/2020 | 10/01/2021 | EACH OCCURRENCE | $1,000,000 |
| | CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $100,000 |
| | | | | | | | MED EXP (Any one person) | $15,000 |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | POLICY X PRO- JECT LOC | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | OTHER: | | | | | | | $ |
| C | AUTOMOBILE LIABILITY | | | 6072015369 | 10/01/2020 | 10/01/2021 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | X ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X HIRED AUTOS ONLY X NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED RETENTION $ | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N | | | 92850482020 | 10/01/2020 | 10/01/2021 | X PER STATUTE OTH- ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | Y | N/A | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $1,000,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
RE: Poway Outpost - 13247 Poway Rd Poway, CA 92064.
Continuation of Certificate Holder: Poway Property LP - 13772 Paseo Valle Alto Poway, CA 92064; Capexo Inc. -14555 Symons Valley Rd NW Calgary, AB  73R 1E7; US Trustee - 880 Front St rm 1234a San Diego, CA 92101.
City of Poway, Poway Property LP, Capexo Inc. and US Trustee are included as additional insured with respectto General Liability per the attached endorsement.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| City of Poway Cert. Holder Cont Above* PO Box 789 Poway, CA  92074 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.
AUTHORIZED REPRESENTATIVE
*Brenda Kennedy* |

© 1988-2015 ACORD CORPORATION. All rights reserved.
ACORD 25 (2016/03)    1 of 1    The ACORD name and logo are registered marks of ACORD
#S8708271/M6510250                                                      WSDND

INSURED: Nuera Platinum Concrete, LLC

POLICY#: 6072015338                    POLICY PERIOD: 10/01/2020                    TO: 10/01/2021



# Blanket Additional Insured - Owners, Lessees or Contractors - with Products-Completed Operations Coverage Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is understood and agreed as follows:

I. **WHO IS AN INSURED** is amended to include as an **Insured** any person or organization whom you are required by **written contract** to add as an additional insured on this **coverage part**, but only with respect to liability for **bodily injury**, **property damage** or **personal and advertising injury** caused in whole or in part your acts or omissions, or the acts or omissions of those acting on your behalf:

   A. in the performance of your ongoing operations subject to such **written contract**; or

   B. in the performance of **your work** subject to such **written contract**, but only with respect to **bodily injury** or **property damage** included in the **products-completed operations hazard**, and only if:

      1. the **written contract** requires you to provide the additional insured such coverage; and

      2. this **coverage part** provides such coverage.

II. But if the **written contract** requires:

   A. additional insured coverage under the 11-85 edition, 10-93 edition, or 10-01 edition of CG2010, or under the 10-01 edition of CG2037; or

   B. additional insured coverage with "arising out of" language; or

   C. additional insured coverage to the greatest extent permissible by law;

   then paragraph **I.** above is deleted in its entirety and replaced by the following:

   **WHO IS AN INSURED** is amended to include as an **Insured** any person or organization whom you are required by **written contract** to add as an additional insured on this **coverage part**, but only with respect to liability for **bodily injury**, **property damage** or **personal and advertising injury** arising out of **your work** that is subject to such **written contract**.

III. Subject always to the terms and conditions of this policy, including the limits of insurance, the Insurer will not provide such additional insured with:

   A. coverage broader than required by the **written contract**; or

   B. a higher limit of insurance than required by the **written contract**.

IV. The insurance granted by this endorsement to the additional insured does not apply to **bodily injury**, **property damage**, or **personal and advertising injury** arising out of:

   A. the rendering of, or the failure to render, any professional architectural, engineering, or surveying services, including:

      1. the preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys,   field orders, change orders or drawings and specifications; and

      2. supervisory, inspection, architectural or engineering activities; or

   B. any premises or work for which the additional insured is specifically listed as an additional insured on another endorsement attached to this **coverage part**.

---

CNA75079XX (10-16)                                               Policy No:

                                                                Endorsement No:

                                                                Effective Date:

Insured Name:

Copyright CNA All Rights Reserved.  Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**Blanket Additional Insured - Owners, Lessees or Contractors - with Products-Completed Operations Coverage Endorsement**

V. Under **COMMERCIAL GENERAL LIABILITY CONDITIONS,** the Condition entitled **Other Insurance** is amended to add the following, which supersedes any provision to the contrary in this Condition or elsewhere in this **coverage part:**

**Primary and Noncontributory Insurance**

With respect to other insurance available to the additional insured under which the additional insured is a named insured, this insurance is primary to and will not seek contribution from such other insurance, provided that a **written contract** requires the insurance provided by this policy to be:

1. primary and non-contributing with other insurance available to the additional insured; or

2. primary and to not seek contribution from any other insurance available to the additional insured.

But except as specified above, this insurance will be excess of all other insurance available to the additional insured.

VI. Solely with respect to the insurance granted by this endorsement, the section entitled **COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended as follows:

The Condition entitled **Duties In The Event of Occurrence, Offense, Claim or Suit** is amended with the addition of the following:

Any additional insured pursuant to this endorsement will as soon as practicable:

1. give the Insurer written notice of any **claim**, or any **occurrence** or offense which may result in a **claim**;

2. send the Insurer copies of all legal papers received, and otherwise cooperate with the Insurer in the investigation, defense, or settlement of the **claim**; and

3. make available any other insurance, and tender the defense and indemnity of any **claim** to any other insurer or self-insurer, whose policy or program applies to a loss that the Insurer covers under this **coverage part**. However, if the **written contract** requires this insurance to be primary and non-contributory, this paragraph **3.** does not apply to insurance on which the additional insured is a named insured.

The Insurer has no duty to defend or indemnify an additional insured under this endorsement until the Insurer receives written notice of a **claim** from the additional insured.

VII. Solely with respect to the insurance granted by this endorsement, the section entitled **DEFINITIONS** is amended to add the following definition:

**Written contract** means a written contract or written agreement that requires you to make a person or organization an additional insured on this **coverage part**, provided the contract or agreement:

A. is currently in effect or becomes effective during the term of this policy; and

B. was executed prior to:

1. the **bodily injury** or **property damage**; or

2. the offense that caused the **personal and advertising injury**;

for which the additional insured seeks coverage.

Any coverage granted by this endorsement shall apply solely to the extent permissible by law.

---

CNA75079XX (10-16)

Policy No:

Endorsement No:

Effective Date:

Insured Name:

Copyright CNA All Rights Reserved.  Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**Blanket Additional Insured - Owners, Lessees or Contractors - with Products-Completed Operations Coverage Endorsement**

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA75079XX (10-16)

Policy No:

Endorsement No:

Effective Date:

Insured Name:

Copyright CNA All Rights Reserved.  Includes copyrighted material of Insurance Services Office, Inc., with its permission.