# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
# Minute Order

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | POWAY PROPERTY, LP |
| **Case Number:** | 21-03654-CL11     **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, NOVEMBER 10, 2021 02:00 PM   DEPARTMENT 5 |
| **Bankruptcy Judge:** | CHRISTOPHER B. LATHAM |
| **Courtroom Clerk:** | JILLMARIE MCGREW |
| **Reporter / ECR:** | JENNIFER GIBSON |

## *Matters:*

**1)** STATUS CONFERENCE ON CHAPTER 11 PETITION (fr. 10/21/21)

**2)** APPLICATION FOR AUTHORIZATION TO RETAIN AND EMPLOY SPECKMAN LAW FIRM AS COUNSEL UNDER GENERAL RETAINER FILED BY DEBTOR  (fr. 10/21/21)

## *Appearances:*

DAVID L. SPECKMAN, ATTORNEY FOR POWAY PROPERTY LP
DEBRA A. RILEY, ATTORNEY FOR CA STATEWIDE COMM DVLPMNT AUTHORITY
WILLIAM P. FENNELL, ATTORNEY FOR UC POWAY POST HOLDER LLC
JON F. GAUTHIER, ATTORNEY FOR CONDON-JOHNSON & ASSOCIATES INC (telephonic)
GERALD P. KENNEDY, ATTORNEY FOR K.D. STAHL CONSTRUCTION GROUP (telephonic)
HAEJI HONG, ATTORNEY FOR U.S. TRUSTEE (telephonic)

## *Disposition:*

1)  Status conference continued to 12/20/21 at 3:00 PM, Dept 5.
Court will look for status report from Debtor by 12/13/21.

It appears that the Debtor has not yet provided copies of all insurance policies presently in effect
to UC Poway Post Holder LLC.  And so, Atty Speckman is to provide that to Atty Fennell forthwith.

2)  Matter continued to 11/22/21 at 3:00 PM, Dept 5

As discussed, the Court will look for a supplemental declaration from the Debtor outlining the points that
were covered in court.  And in particular, making clear the payment of fee arrangements going forward
and making any corrections, as needed, to the statement of financial affairs and schedule D/E to be sure
that they are entirely accurate in light of that.

If all objections to Debtor's application to employ are resolved, Court will look for a withdrawal of the
objection from the UST, and then an order from Atty Speckman w/sign-off by UST.

If UST objection withdrawn and employment order entered before next hearing, matter may then be
taken off calendar.  Otherwise, matter will be called in the normal course on 11/22/21.