| | |
|---|---|
| 1 | CANNON LAW GROUP, PLLC |
| 2 | Cole S. Cannon (State Bar No. 256805) |
|   | 124 S. 600 E. |
| 3 | Salt Lake City, UT 84102 |
|   | Telephone:    801.363.2999 |
| 4 | Facsimile:    801.606.7341 |
|   | Email: *cole@cannonlawgroup.com* |
| 5 | Attorney for Secured Creditor |
| 6 | SUNBELT RENTALS, INC. |

UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| In re: | CASE NO.: 21-03654-CL11 |
|---|---|
| POWAY PROPERTY, LP, | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |
| Debtor | |
| | Dept.: 5 – Room 318 |
| | Judge: Hon. Christopher B. Latham |

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE DEBTORS AND THEIR ATTORNEYS OF RECORD HEREIN, TRUSTEE, THE UNITED STATES TRUSTEE AND TO ALL PARTIES-IN-INTEREST:

The undersigned files this Notice of Appearance as attorney for Secured Creditor SUNBELT RENTALS, INC., ("Sunbelt") in accordance with Bankruptcy Rule 9010(b) and herby requests that they be served with all pleadings, court notices, motions and other documents and papers pertaining to the above-captioned case, including all notices required by Bankruptcy Rule 2002.

All such pleadings and notices are to be sent to the attorney for Sunbelt at the address listed below:

///

| | |
|---|---|
| 1 | Cole S. Cannon, Esq. |
| 2 | CANNON LAW GROUP, PLLC |
|   | 124 S. 600 E. |
| 3 | Salt Lake City, UT 84102 |
|   | Email: Lane@cannonlawgroup.com |
| 4 | Email: Cole@cannonlawgroup.com |

Accordingly, Sunbelt further requests that the foregoing name and address be added to the Master Mailing List.

Dated: November 11, 2021

By: /s/ Cole S. Cannon
Cole S. Cannon
Attorney for Secured Creditor Sunbelt Rentals, Inc.

- 2 -

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

**PROOF OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the Southern District of California by using CM/ECF system on November 11, 2021.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

DATED November 11, 2021, at Salt Lake City, Utah.


   /s/ Nathan Bramhall
     Nathan Bramhall

- 3 -

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE