CANNON LAW GROUP, PLLC
Cole S. Cannon (State Bar No. 256805)
124 S. 600 E.
Salt Lake City, UT 84102
Telephone:    801.363.2999
Facsimile:     801.606.7341
Email: *cole@cannonlawgroup.com*

Attorney for Secured Creditor
SUNBELT RENTALS, INC.

UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>POWAY PROPERTY, LP,<br><br>Debtor | CASE NO.: 21-03654-CL11<br><br>**NOTICE OF PERFECTION, CONTINUANCE AND MAINTENANCE OF MECHANIC'S LIEN RIGHTS BY SUNBELT RENTALS, INC., PURSUANT TO 11 U.S.C. §§ 362(B) AND 546(B)**<br><br>Dept.: 5 – Room 318<br>Judge: Hon. Christopher B. Latham |

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. §§ 362(b)(3) and 546(b)(2), SUNBELT RENTALS, INC. ("Sunbelt") by and through its undersigned counsel, files this Notice of Perfection, Continuance and Maintenance of Mechanic's Lien Rights ("Notice of Perfection"), and in support thereof states as follows:

1. Sunbelt is a North Carolina corporation duly authorized to conduct business in the State of California. Sunbelt provided certain rental equipment and/or materials which is the subject of this Notice of Perfection.

2. POWAY PROPERTY, LP ("Poway" or "Debtor") is the Debtor and Debtor in Possession in the above captioned Chapter 11 bankruptcy proceeding filed on September 13, 2021 (the "Bankruptcy").

3. Sunbelt did not receive timely notice of the Bankruptcy.

4. Pursuant to a written contract dated about March 30, 2009, including all other documents incorporated by and made a part thereof (the "Contract"), Sunbelt provided certain rental equipment and/or materials that were used for commercial purposes and/or to improve property commonly known as the "OUTPOST" project (the "Project"), on real property located at 13247 Poway Road, Poway, California 92064 (APN: 317-473-20-00) (the "Property").

5. Pursuant to Article XIV, Section 3 of the California Constitution, and California Civil Code Section 8160 et seq., (collectively, the "California Mechanic's Lien Law"), Sunbelt has an allowed secured claim against the Debtor for the unpaid amount incurred for the rental equipment and/or materials provided to the Project under the Contract in the sum of in excess of $45,034.86 (the "Current Lien Amount").

6. Sunbelt did property and timely serve, file and record its Mechanic's Lien (Claim of Lien) for the Current Lien Amount under the California Mechanic's Law (the "Mechanic's Lien"), which was recorded as Document No. 2021-0598963 of the official records of San Diego County, California, on August 23, 2021. A true and correct copy of the Mechanic's Lien is attached hereto as **Exhibit "A"**.

7. Debtor is the owner or reputed owner of the Property upon which the Mechanic's Lien is recorded.

8. On November 1, 2021, Sunbelt further perfected its Mechanic's Lien on the Property for the Current Lien Amount due and owing by Debtor under the Contract, by properly and timely filing its Complaint for (1) Breach of Contract; (2) Promissory Estoppel; (3) Quasi-Contract; (4) Foreclosure of Mechanic's Lien; (5) Open Book Account; (6) Unjust Enrichment; and (7) Unfair Business Practices in the Superior Court of the State of California, County of San Diego, Case No. 37-2021-00046435 (the "State Court Action").

9. As a result of the filing of the Bankruptcy, the State Court Action is currently subject to the automatic stay provisions of 11 U.S.C. § 362(a)(1).

10. Sunbelt therefore files this Notice of Perfection pursuant to 11 U.S.C §§ 362(b)(3) and 546(b)(2) to further perfect, to the extent necessary, its interest in the Property and improvements thereto and to provide notice of such interest for the Current Lien Amount.

11. Sunbelt further gives notice that it intends to enforce the Mechanic's Lien in the State Court Action and/or Bankruptcy to the fullest extent allowed by the California Mechanic's Lien Law and applicable California state law, and Title 11 of the United States Code.

Dated:  November 11, 2021                By: /s/ Cole S. Cannon
                                             Cole S. Cannon
                                             Attorney for Secured Creditor Sunbelt
                                             Rentals, Inc.

NOTICE OF PERFECTION, CONTINUANCE AND MAINTENANCE OF MECHANIC'S LIEN

## PROOF OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the Southern District of California by using CM/ECF system on November 11, 2021. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

DATED November 11, 2021, at Salt Lake City, Utah.


   /s/ Nathan Bramhall
      Nathan Bramhall

- 4 -

NOTICE OF PERFECTION, CONTINUANCE AND MAINTENANCE OF MECHANIC'S LIEN

Exhibit A

RECORDING REQUESTED BY AND RETURN TO:
File: 4435534  APN: 317-473-20-00
Sunbelt Rentals - Region 8
Ms. Crystal Nugent
7626 NE Killingsworth
Portland, OR 97218
Phone: 503-258-3455
Fax: 503-256-0762

DOC# 2021-0598963



Aug 23, 2021  03:20 PM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $98.00  (SB2 Atkins: $75.00)

PAGES: 4

## MECHANICS LIEN
(California Civil Code § 8400 et seq.)

The undersigned claimant, Sunbelt Rentals - Region 8, hereby claims a mechanics lien as follows:

The claimant's demand, after deducting all just credits and offsets, is the sum of $45,034.86, together with interest at the legal rate per annum, thereon from 5/25/2021 until the amount owing is paid in full.

The name of the owner(s) or reputed owner(s), if known, is: POWAY PROPERTY, LP, 809 46 AVE SE, CALGARY, ALBERTA T2G 2A5 and other known address 13772 PASEO VALLE ALTO, POWAY, CA 92064.

The name of the person to whom claimant furnished the labor, services, equipment or materials to was KD STAHL CONSTRUCTION GROUP INC, 13240 EVENING CREEK DR STE 302, SAN DIEGO, CA 92128.

The claimant furnished the following kinds of labor, services, equipment or materials: Various Construction Equipment Rentals.

The site at which the work of improvement was constructed is commonly known as the OUTPOST project, located at 13247 POWAY RD, POWAY, CA 92064, in the County of San Diego. APN: 317-473-20-00.

The specific contract information is for Our Job 520894-13247 POWAY.

**Sunbelt Rentals - Region 8**

By: _____
Michael Price, Lien Administrator

**Dated: 8/20/2021**

### VERIFICATION

I declare that I, Michael Price, am authorized to file this claim on behalf of the claimant. I have read the foregoing document and know the contents thereof; the same is true of my own knowledge declare under penalty of perjury that the foregoing is true and correct. Executed at Simi Valley, CA on 8/20/2021 for Sunbelt Rentals - Region 8.

By: _____
Michael Price, Lien Administrator

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA   )
COUNTY OF VENTURA    )

Subscribed and sworn to (or affirmed) before me on this 20 day of August, 20 21, by Michael Price, who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (seal)

DANIELLE MICHELLE DECKER
Notary Public - California
Ventura County
Commission # 2274657
My Comm. Expires Jan 7, 2023

# NOTICE OF MECHANICS LIEN

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.**

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code Section 8416

Failure to serve the Mechanics Lien and Notice Of Mechanics Lien on the owner, or alternatively if the owner cannot be served, on the lender or original contractor, shall cause the Mechanics Lien to be unenforceable as a matter of law (Civil Code Section 3084(d)). Service of the Mechanics Lien and Notice of Mechanics Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanics Lien and Notice of Mechanics Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice at Mechanic's Lien.

### AFFIDAVIT FOR SERVICE ON OWNER OR REPUTED OWNER
#### California Civil Code Section 8416 (a)(7), (c)(1)

I, Michael Price, Lien Administrator, declare that I served a copy of the enclosed MECHANICS LIEN and NOTICE OF MECHANICS LIEN by Certified Mail, postage prepaid, addressed to the following owner or reputed owner of the property:

Company / Person Served: POWAY PROPERTY LP

Title or capacity of person served (if appropriate): _____

Service address: 809 46 AVE SE, CALGARY, ALBERTA T2G2A5

Said service address is the owner's residence, place of business, or address shown by the building permit on file with the permitting authority for the work.

on this date: 8/23/2021      Signed at      Simi Valley, Ventura County

Michael Price, Lien Administrator

## PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416

Failure to serve the Mechanics Lien and Notice Of Mechanics Lien on the owner, or alternatively if the owner cannot be served, on the lender or original contractor, shall cause the Mechanics Lien to be unenforceable as a matter of law (Civil Code Section 3084(d)). Service of the Mechanics Lien and Notice of Mechanics Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanics Lien and Notice of Mechanics Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice at Mechanic's Lien.

### AFFIDAVIT FOR SERVICE ON OWNER OR REPUTED OWNER
California Civil Code Section 8416 (a)(7), (c)(1)

I, Michael Price, declare that I served a copy of the enclosed MECHANICS LIEN and NOTICE OF MECHANICS LIEN by

Certified Mail, postage prepaid, addressed to the following owner or reputed owner of the property:

Company / Person Served: <u>POWAY PROPERTY LP c/o CORPORATE CREATIONS NETWORK INC</u>

Title or capacity of person served (if appropriate):

Service address: <u>13772 PASEO VALLE ALTO, POWAY, CA 92364</u>

Said service address is the owner's residence, place of business, or address shown by the building permit on file with the

permitting authority for the work.

On this date: <u>8/23/2021</u>                    Signed at  <u>Simi Valley, Ventura County</u>

_____
(Signature of person making service)