David L. Speckman, CSB 178180
SPECKMAN LAW FIRM
1350 Columbia Street, Suite 503
San Diego, California 92101
Telephone:  (619)696-5151
Facsimile:  (619) 696-5196
E-Mail:  Speckmanandassociates@gmail.com

[Proposed] Attorney for Debtor and Debtor in Possession
POWAY PROPERTY, LP

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

In re:

POWAY PROPERTY, LP

Debtor.

Case No. 20-05522-CL11
Chapter 11

**DECLARATION OF DAVID HALL IN SUPPORT OF APPLICATION BY DEBTOR AND DEBTOR IN POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY SPECKMAN LAW FIRM AS COUNSEL UNDER GENERAL RETAINER**

Hearing Date: November 22, 2021
Hearing Time: 3:00 p.m.
Dept.:  5
Judge:  Hon. Christopher B. Latham

I, David Hall, do declare as follows:

1. All matters set forth herein are true of my personal knowledge.  If called as a witness, I could and would competently testify hereto.

2. I am a director of Poway Property, LP ("Debtor").

3. Pre-petition, Larry Fedchum (in-house counsel for Capexco, Inc.) remitted a $5,000 to Mr. Speckman to cover filing fees and legal fees incurred to prepare a responsive pleading in three separate state court lawsuits filed against Debtor.  Of this

1

SUPPLEMENTAL DECLARATION OF DAVID HALL IN SUPPORT OF APPLICATION BY DEBTOR AND DEBTOR IN POSSESSION
FOR AUTHORIZATION TO RETAIN AND EMPLOY SPECKMAN LAW FIRM AS COUNSEL UNDER GENERAL RETAINER

amount, I understand that $2,700 was used to cover filing fees and the balance went to legal fees.  Mr. Fedchum was reimbursed $5,000 by Capexco, Inc., a Canadian company which is not a creditor in this case.  Debtor did not directly or indirectly pay any part of the $5,000 to Mr. Speckman and Debtor is not responsible to reimburse any part of this money to any person or party.  At the time the $5,000 payment was made, to Mr. Speckman, Debtor had no plans to file a bankruptcy.

4. I am informed that Mr. Speckman is not owed any additional money for any pre-petition legal work he performed for Debtor.

5. On September 13, 2021, Debtor wire transferred $12,000 to Mr. Speckman's client trust account in relation to this bankruptcy case.  Capexco, Inc. made a capital contribution of $12,000 to Debtor so that Debtor could make this payment to Mr. Speckman.  Capexco, Inc. is not a creditor in this case.  Debtor is not liable to any person or entity for the $12,000 it received and subsequently paid to Mr. Speckman.

6. Going forward, I expect Debtor will be in a position to pay Mr. Speckman either from funds borrowed from a third-party source, subject to court approval, or from one or more capital contributions Debtor would receive from Capexco, Inc.  No money will be lent to Debtor by Capexco, Inc. or Capexco US GP, Inc. to pay Mr. Speckman's fees without prior court approval.

7. Ms. Speckman does not represent Capexco, Inc in any matter and has no direct or indirect interest in or relationship with Capexco, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 15th day of November 2021 at Calgary, Alberta, Canada.

/s/ David Hall
David Hall

SUPPLEMENTAL DECLARATION OF DAVID HALL IN SUPPORT OF APPLICATION BY DEBTOR AND DEBTOR IN POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY SPECKMAN LAW FIRM AS COUNSEL UNDER GENERAL RETAINER