|   |   |
|---|---|
| 1 | MICHAEL S. TOWNSEND, ESQ. (SBN 199143) |
|   | LAW OFFICE OF MICHAEL S. TOWNSEND |
| 2 | 3952 D Clairemont Mesa Blvd., Suite 456 |
|   | San Diego, CA 92117 |
| 3 | Telephone (858) 203-3180 |

FILED
2021 NOV 18 AM 11:58
CLERK
U.S. BANKRUPTCY CT.
S. DIST. OF CALIF.

Attorney for Secured Creditors:
PROBUILD COMPANY LLC dba Dixieline Lumber Co., RAND ENGINEERING INCORPORATED AND BAY CITY ELECTRIC

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| In re | CASE NO: 21-03654-CL11 |
|---|---|
| POWAY PROPERTY, LP | CHAPTER 11 |
| Debtor. | SECURED CREDITORS PROBUILD COMPANY LLC dba Dixieline Lumber Co., RAND ENGINEERING INCORPORATED AND BAY CITY ELECTRIC.'S JOINDER IN SUPPORT OF CREDITOR RAYMER CONSTRUCTION, INC.'S LIMITED OPPOSITION TO POWAY PROPERTY, LP'S MOTION FOR AN ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. SECTION 105 AND 364 AUTHORIZING THE DEBTOR TO OBTAIN POSTPETITION SECURED FINANCING AND GRANTED RELATED RELIEF |
|   | Hon. Christopher B. Latham, Dept. 5 |
|   | Date: November 22, 2021<br>Time: 3:00 p.m.<br>Dept.: 5 |

Secured creditors (and mechanics' lien claimants) Probuild Company LLC dba Dixieline Lumber Co., Rand Engineering Incorporated and Bay City Electric, join in support of Raymer Construction, Inc.'s ("Raymer") Limited Opposition to Poway Property, LP's Motion for an Entry of an Order Pursuant to 11 U.S.C. Section 105 and 364 Authorizing the Debtor to Obtain Post Petition Secured Financing and Granted Related Relief (that Motion is ECF No. 74, filed on October



3654 OPP

1  22, 2021).  Raymer's Opposition ("Opposition"), which Condon-Johnson and D &
2  D join in, is ECF No. _____, filed on November 5, 2021.

4  DATE:  November 17, 2021           Respectfully submitted,

                                      LAW OFFICE OF MICHAEL S.
                                      TOWNSEND

                                      By:_____
                                           MICHAEL S. TOWNSEND
                                      Attorneys for Secured Creditor
                                      PROBUILD COMPANY LLC dba
                                      Dixieline Lumber Co.
                                      Email:      miket9@outlook.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed on this 17th day of November 2021 and is available for viewing and downloading to the ECF registered counsel of record:

<u>Via Electronic Service:</u>

| | |
|---|---|
| David L. Speckman, Esq.<br>Speckman & Associates<br>1350 Columbia Street, Suite 503<br>San Diego, California 92101<br>Telephone: (619) 696-5151<br>Email: speckmanandassociates@gmail.com | ATTORNEYS FOR DEBTOR POWAY PROPERTY, LP |
| William P. Fennell, Esq.<br>Law Office of William P. Fennell, APLC<br>600 West Broadway, Suite 930<br>San Diego, California 92101<br>Telephone: (619) 325-1560<br>Facsimile: (619) 325-1558<br>Email: william.fennell@fennelllaw.com | ATTORNEY FOR CREDITOR UC POWAY POST HOLDER, LLC |
| Gerald Kennedy, Esq.<br>Procopio, Cory, Hargreaves & Savitch<br>525 B Street, Suite 2200<br>San Diego, California 92101<br>Telephone: 619-238-1900<br>Email: gerald.kennedy@procopio.com | ATTORNEY FOR CREDITOR K.D. STAHL CONSTRUCTION GROUP |
| Pamela J. Scholefield, Esq.<br>Scholefield P.C.<br>13475 Danielson Street, Suite 100<br>Poway, California 92064<br>Telephone: (858) 613-0888<br>Facsimile: (858) 613-0045<br>Email: pam@construction-laws.com | ATTORNEY FOR CREDITOR RAYMER CONSTRUCTION, INC. |
| Haeji Hong, Esq.<br>Office of the U.S. Trustee<br>880 Front Street, Suite 3230<br>San Diego, California 92101<br>Telephone: (619) 557-5013<br>Email: haeji.hong@usdoj.gov<br>ustp.region15@usdoj.gov | ATTORNEY FOR UNITED STATES TRUSTEE |

/ / / / /

/ / / / /

/ / / / /

| | |
|---|---|
| United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street, Suite 3230<br>San Diego, California 92101<br>Telephone: (619) 557-5013<br>Email: ustp.region15@usdoj.gov | UNITED STATES TRUSTEE |

4