TENTATIVE RULING

ISSUED BY JUDGE CHRISTOPHER B. LATHAM

Debtor: POWAY PROPERTY, LP

Number: 21-03654-CL11

Hearing: 03:00 PM  Monday, November 22, 2021

Motion: APPLICATION FOR AUTHORIZATION TO RETAIN AND EMPLOY SPECKMAN LAW FIRM AS COUNSEL UNDER GENERAL RETAINER FILED BY DEBTOR (fr. 11/10/21)

The court has considered Debtor's application to employ Speckman law firm (ECF No. 11), the United States Trustee's ("UST") objection, Larry Fedchum's declaration in support, the parties' oral arguments at the November 10, 2021 hearing, and David Hall's declaration in support.  It sees that the UST no longer objects to the application (ECF No. 95).  Having received no further objection, and good cause appearing, the court **grants** the application, excuses appearances at the November 22, 2021 hearing, and invites Debtor to submit an order.