TENTATIVE RULING

ISSUED BY JUDGE CHRISTOPHER B. LATHAM

Debtor: POWAY PROPERTY, LP

Number: 21-03654-CL11

Hearing: 03:00 PM  Monday, November 22, 2021

Motion: MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 364 AUTHORIZING THE DEBTOR TO OBTAIN POSTPETITION SECURED FINANCING AND GRANTING RELATED RELIEF FILED BY DEBTOR

The court has considered Debtor's motion for authorization to obtain post-petition financing (ECF No. 73), David Hall's declaration in support, Atlas Construction Supply, Inc.'s opposition, Raymer Construction, Inc.'s opposition, Condon-Johnson & Associates, Inc.'s joinder, California Statewide Communities Development's opposition, UC Poway Post Holder, LLC's opposition, and Debtor's statement of case status. The objectors correctly note that Debtor's motion fails to include certain key documents and information, including the proposed loan agreement (*see* ECF Nos. 87 & 88). Debtor recognizes that and says the loan agreement is not yet complete but will be filed shortly (ECF No. 94). So it seeks a brief continuance. *Id.* Good cause appearing, the court will allow that. Accordingly, it **continues** the matter to **December 6, 2021 at 2:30 p.m.** and excuses appearances at the November 22, 2021 hearing.