# UNITED STATES BANKRUPTCY COURT
## SOUTHERN   DISTRICT OF   CALIFORNIA

| | | |
|---|---|---|
| In Re. Poway Property LP | § | Case No.  21-03654 |
| | § | |
| | § | |
| Debtor(s) | § | |
| | | ☐ Jointly Administered |

## Monthly Operating Report                                                    Chapter 11

Reporting Period Ended: 10/31/2021                          Petition Date: 09/13/2021

Months Pending: 2                                           Industry Classification: [2] [3] [6] [2]

Reporting Method:               Accrual Basis ◯          Cash Basis ◉

Debtor's Full-Time Employees (current):                     0

Debtor's Full-Time Employees (as of date of order for relief):     0

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

| | |
|---|---|
| /s/ David L. Speckman | David Speckman |
| Signature of Responsible Party | Printed Name of Responsible Party |
| 11/19/2021 | |
| Date | |
| | 1350 Columbia St., Ste 503, San Diego CA 92101 |
| | Address |

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)                          1

Debtor's Name  Poway Property LP                    Case No.  21-03654

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $43,808 | |
| b. Total receipts (net of transfers between accounts) | $25,000 | $75,000 |
| c. Total disbursements (net of transfers between accounts) | $67,794 | $77,302 |
| d. Cash balance end of month (a+b-c) | $1,014 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $67,794 | $77,302 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ⊙   Market ○   Other ○   (attach explanation)) | $0 |
| d Total current assets | $100,118 |
| e. Total assets | $36,960,118 |
| f. Postpetition payables (excluding taxes) | $103,941 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $103,941 |
| k. Prepetition secured debt | $22,843,543 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $6,116,478 |
| n. Total liabilities (debt) (j+k+l+m) | $29,063,962 |
| o. Ending equity/net worth (e-n) | $7,896,156 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $67,575 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $219 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $67,794 | $77,302 |

UST Form 11-MOR (06/07/2021)          2

Debtor's Name  Poway Property LP                                      Case No. 21-03654

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | | |
| | i | Hochman Torres | Financial Professional | $0 | $0 | $0 | $0 |
| | ii | Speckman Law Firm | Lead Counsel | $0 | $0 | $0 | $0 |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| c. | | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● | |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ○  No ● | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ○  No ● | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ●  No ○  N/A ○ | |
| i. | Do you have: Worker's compensation insurance? | Yes ○  No ● | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) | |
| | Casualty/property insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) | |
| | General liability insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) | |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● | |

Debtor's Name  Poway Property LP                                                    Case No.  21-03654

k.  Has a disclosure statement been filed with the court?                  Yes ◉    No ○

l.  Are you current with quarterly U.S. Trustee fees as                    Yes ◉    No ○
    set forth under 28 U.S.C. § 1930?

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.  Are you required to pay any Domestic Support Obligations as defined by 11      Yes ○  No ◉
    U.S.C § 101(14A)?

m.  If yes, have you made all Domestic Support Obligation payments?       Yes ○  No ○  N/A ◉

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Denny Chow                                          Denny Chow
_____                        _____
Signature of Responsible Party                         Printed Name of Responsible Party

Secretary Treasurer                                     11/19/2021
_____                        _____
Title                                                   Date

# BMO Harris Bank

A part of BMO Financial Group

**BMO Harris Bank N.A.**
**P.O. Box 755**
**Chicago, IL 60690**
**Toll Free: 1-877-895-3278**

| | |
|---|---|
| ACCOUNT NUMBER: | 373-209-6 |

STATEMENT PERIOD
10/01/21 TO 10/31/21

PAGE:    1 OF    2

POWAY PROPERTY LP
CALGARY AB CANADA

FM

ITEMS ENCLOSED        0

BUSINESS ACCESS CHECKING                                ACCOUNT NUMBER        373-209-6

## ACCOUNT SUMMARY

| | |
|---|---|
| YOUR PREVIOUS BALANCE WAS | 43,807.71 |
| YOUR TRANSACTIONS THIS PERIOD INCLUDED: | |
| 3 DEPOSITS | 25,000.00 |
| 12 WITHDRAWALS | 67,793.62 |
| YOUR ENDING BALANCE WAS | 1,014.09 |
| YTD INTEREST PAID IS | .00 |
| YTD INTEREST WITHHELD IS | .00 |

## TRANSACTIONS LISTED BY DATE POSTED

| DATE POSTED | TRANSACTION DESCRIPTION | WITHDRAWALS OTHER DEBITS | DEPOSITS OTHER CREDITS |
|---|---|---|---|
| OCT 01 | PPD   SD GAS & ELEC      PAID SDGE   08159563316 | 680.67 | |
| OCT 04 | PC TRANSFER CREDIT | | 12,000.00 |
| OCT 04 | WIRE TRANSFER DEBIT      211004045795 | 1,500.00 | |
| OCT 04 | WEB   PL*ConAmProperty WEB PMTS      QY0263 | 1,906.95 | |
| OCT 05 | WIRE TRANSFER DEBIT      211005087784 | 7,375.00 | |
| OCT 05 | WIRE TRANSFER DEBIT      211005100591 | 13,052.00 | |
| OCT 06 | WIRE TRANSFER DEBIT      211006140409 | 2,420.69 | |
| OCT 07 | PPD   SD GAS & ELEC      PAID SDGE   02622460782 | 34.95 | |
| OCT 12 | WIRE TRANSFER DEBIT      211012269084 | 2,500.00 | |
| OCT 12 | FED WIRE TRANSFER DEBIT   211012261514 | 10,000.00 | |
| OCT 19 | PC TRANSFER CREDIT | | 10,000.00 |
| OCT 19 | FED WIRE TRANSFER DEBIT   211019512847 | 23,104.36 | |
| OCT 22 | ACCT ANALYSIS SERV CHG | 219.00 | |
| OCT 29 | PC TRANSFER CREDIT | | 3,000.00 |
| OCT 29 | WIRE TRANSFER DEBIT      211029875779 | 5,000.00 | |

MEMBER FDIC

# BMO Harris Bank

A part of BMO Financial Group

**BMO Harris Bank N.A.**
**P.O. Box 755**
**Chicago, IL 60690**
**Toll Free: 1-877-895-3278**

ACCOUNT NUMBER:            373-209-6

STATEMENT PERIOD
10/01/21 TO 10/31/21

PAGE:     2 OF    2

POWAY PROPERTY LP
CALGARY AB CANADA

## CLOSING DAILY BALANCES AND DEBIT TOTALS

| DATE | BALANCE | DEBITS | DATE | BALANCE | DEBITS |
|------|---------|--------|------|---------|--------|
| OCT 01 | 43,127.04 | 1 | OCT 12 | 16,337.45 | 2 |
| OCT 04 | 51,720.09 | 2 | OCT 19 | 3,233.09 | 1 |
| OCT 05 | 31,293.09 | 2 | OCT 22 | 3,014.09 | 1 |
| OCT 06 | 28,872.40 | 1 | OCT 29 | 1,014.09 | 1 |
| OCT 07 | 28,837.45 | 1 | | | |

## TRANSACTION SUMMARY INFORMATION

| DESCRIPTION | NUMBER | AMOUNT | DESCRIPTION | NUMBER | AMOUNT |
|-------------|--------|--------|-------------|--------|--------|
| ACH DEBIT | 3 | 2,622.57 | OUTGOING WIRE | 8 | 64,952.05 |
| PC TRANSFER CREDIT | 3 | 25,000.00 | ACCT ANALYSIS SERV C | 1 | 219.00 |

MEMBER FDIC

**Poway Property LP**
**Statement of Cash Receipts and Disbursements**
**October 1, 2021 to October 31, 2021**
**(unaudited)**

|  | Actual |
|---|---|
| Opening cash position - Month    2 | 43,807.71 |
| | |
| **Cash receipts** | |
| Capexco Advance | 25,000.00 |
| Total cash receipts | 25,000.00 |
| | |
| **Cash disbursements** | |
| Capital Bridge Partners Inc | 10,000.00 |
| Common Living, Inc. | 2,500.00 |
| Hochman Torres Llp | 1,500.00 |
| Holland & Knight Llp | 5,000.00 |
| Lockton Insurance Brokers, Llc | 2,420.69 |
| Nuera Contracting Lp | 23,104.36 |
| Sdg&E | 715.62 |
| Tanenbaum-Harber Of Ca, Inc. | 13,052.00 |
| Whitson Cm , Inc. | 7,375.00 |
| Willow Creek Apartment | 1,906.95 |
| Bank Service Charge | 219.00 |
| Total cash disbursements | 67,793.62 |
| | |
| Net cash flow | (42,793.62) |
| | |
| Closing cash position | 1,014.09 |

**51 - POWAY PROPERTY LP**
**Detailed Aged Payables from September 13, 2021 to October 31, 2021**
Aged By: Invoice Date

| Invoice # | Invoice Date | 1 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Total | PAID AFTER OCT 31 |
|---|---|---|---|---|---|---|---|
| **AVRP STUDIOS** | | | | | | | |
| 201007483 | 10/5/2021 | $13,094.48 | | | | $13,094.48 | $0.00 |
| **AVRP STUDIOS Total** | | **$13,094.48** | **$0.00** | **$0.00** | **$0.00** | **$13,094.48** | **$0.00** |
| **BOYS & GIRLS CLUB OF SAN DIEGO** | | | | | | | $0.00 |
| 2021-10 RENT | 10/1/2021 | $2,617.00 | | | | $2,617.00 | $2,617.00 |
| 2021-09 RENT | 9/1/2021 | | $2,617.00 | | | $2,617.00 | $2,617.00 |
| **BOYS & GIRLS CLUB OF SAN DIEGO Total** | | **$2,617.00** | **$2,617.00** | **$0.00** | **$0.00** | **$5,234.00** | **$5,234.00** |
| **DIAMOND ENVIRONMENTAL SERVICES, LP** | | | | | | | $0.00 |
| 3513115 | 10/4/2021 | $32.28 | | | | $32.28 | $0.00 |
| **DIAMOND ENVIRONMENTAL SERVICES, LP Total** | | **$32.28** | **$0.00** | **$0.00** | **$0.00** | **$32.28** | **$0.00** |
| **NUERA CONTRACTING LP** | | | | | | | |
| 04032021-012 | 10/31/2021 | $6,612.09 | | | | $6,612.09 | $0.00 |
| 04032021-WAT03 | 10/31/2021 | $4,222.32 | | | | $4,222.32 | $0.00 |
| 04032021-011 | 10/24/2021 | $13,448.09 | | | | $13,448.09 | $0.00 |
| 04032021-010 | 10/17/2021 | $19,660.85 | | | | $19,660.85 | $19,660.85 |
| 04032021-CONSULTING 02 | 10/15/2021 | $10,000.00 | | | | $10,000.00 | $10,000.00 |
| 04032021-009 | 10/10/2021 | $4,602.12 | | | | $4,602.12 | $4,602.12 |
| 04032021-008 | 10/4/2021 | $4,445.03 | | | | $4,445.03 | $4,445.03 |
| **NUERA CONTRACTING LP Total** | | **$62,990.50** | **$0.00** | **$0.00** | **$0.00** | **$62,990.50** | **$38,708.00** |
| **POWER PLUS** | | | | | | | |
| 292013P1021 | 10/7/2021 | $1,017.00 | | | | $1,017.00 | $0.00 |
| **POWER PLUS Total** | | **$1,017.00** | **$0.00** | **$0.00** | **$0.00** | **$1,017.00** | **$0.00** |
| **PURE EFFECT, INC.** | | | | | | | $0.00 |
| 41798 | 10/27/2021 | $3,615.00 | | | | $3,615.00 | $3,615.00 |
| 41683 | 10/4/2021 | $8,465.00 | | | | $8,465.00 | $8,465.00 |
| 41639 | 9/29/2021 | | $3,615.00 | | | $3,615.00 | $3,615.00 |
| **PURE EFFECT, INC. Total** | | **$12,080.00** | **$3,615.00** | **$0.00** | **$0.00** | **$15,695.00** | **$15,695.00** |
| **SC COMMERCIAL, LLC, DBA SC FUELS** | | | | | | | |
| 1962444 | 9/17/2021 | | $2,919.18 | | | $2,919.18 | $2,919.18 |
| **SC COMMERCIAL, LLC, DBA SC FUELS Total** | | **$0.00** | **$2,919.18** | **$0.00** | **$0.00** | **$2,919.18** | **$2,919.18** |
| **SDG&E** | | | | | | | |
| 460 782 1 20211019 | 10/19/2021 | $55.56 | | | | $55.56 | $55.56 |
| 81-5956-3316 1 20211015 | 10/15/2021 | $778.38 | | | | $778.38 | $778.38 |
| **SDG&E Total** | | **$833.94** | **$0.00** | **$0.00** | **$0.00** | **$833.94** | **$833.94** |
| **WHITSON CM , INC.** | | | | | | | |
| 202110.56 | 10/31/2021 | $2,125.00 | | | | $2,125.00 | $0.00 |
| **WHITSON CM , INC. Total** | | **$2,125.00** | **$0.00** | **$0.00** | **$0.00** | **$2,125.00** | **$0.00** |
| **Accounts Payable Total** | | **$94,790.20** | **$9,151.18** | **$0.00** | **$0.00** | **$103,941.38** | **$63,390.12** |