Name, Address, Telephone No. & I.D. No.

David L. Speckman, SBN 178180
SPECKMAN LAW FIRM
1350 Columbia St., Suite 503
San Diego, CA 92101
T: 619-696-5151

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

POWAY PROPERTY, LP

BANKRUPTCY NO. 21-03654-CL11

Tax I.D.(EIN)#: 7143       /S.S.#:XXX-XX-_____       Debtor.

## NOTICE OF HEARING AND MOTION

TO: THE UNITED STATES TRUSTEE, ALL CREDITORS AND OTHER PARTIES IN INTEREST

**You are hereby notified** that on January 24, 2022, at 3:30 p.m, in Department 5, Room 318 of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of Debtor, Poway Property, LP, Movant, for

Entry of an Order Pursuant to 11 U.S.C. Sections 105 and 364 Authoritzing the Debtor to Obtain Post-Petition Secured Financing and Granting Related Relief

Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, **not later than fourteen (14)[1] days from the date of service.**

DATED: 12/15/2021

/s/ David L. Speckman
[Attorney for] Moving Party

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 1183

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on __15th__ day of __December__, __2021__, I served a true copy of the within NOTICE OF MOTION AND HEARING, together with the following pleadings [describe any other papers] on the following persons listed below by the mode of service shown below:
List additional papers:
Poway Property, LP's Motion for Entry of an Order Pursuant to 11 U.S.C. Sections 105 & 364 Authorizing the Debtor to Obtain Postpetition Secured Financing and Related Relief; Declaration of David Hall in Support of Poway Property's Motion for Entry of an Order Pursuant to 11 U.S.C. Section 105 and 364 Authorizing the Debtor to Obtain Financing

**1.   To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __12/15/2021__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐   Attorney for Debtor (or Debtor), if required:

☐   Chapter 7 Trustee:

| ☑ For Chpt. 7, 11, & 12 cases: | ☐ For ODD numbered Chapter 13 cases: | ☐ For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>ustp.region15@usdoj.gov | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>Billingslea@thb.coxatwork.com | DAVID L. SKELTON, TRUSTEE<br>admin@ch13.sdcoxmail.com<br>dskelton13@ecf.epiqsystems.com |

**2.   Served by United States Mail:**

On __12/15/2021__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☑   Attorney for Debtor (or Debtor), if required:
IRS, PO Box 7346, Philadelphis, PA 19101
K.D. Stahl Construction GRoup, c/o Gerald P. Kennedy, 525 B St., Suite 220, San Diego, CA 92101
Pacific Steel GRoup, c/o/ David Perkins, 4805 Murphy Canyon Rd., San Diego, CA 92123
Atlas Construction Supply, Inc., 4640 Brinell St., San Diegto, CA 92111
2013298 Alberta Ltrd., c/o Geoffrey Miller, 1221 Avenue of the Americas, 25th Fl, New York, NY 10020;
1778878 Alberta Ltd., c/o Geoffrey Miller, 1221 Avenue of the Americas, 25th Fl, New York, NY 10020
1920968 Alberta Ltd., c/o Geoffrey Miller, 1221 Avenue of the Americas, 25th Fl. New York, NY 10020
2017373 Alberta Ltd. c/o Geoffrey Miller, 1221 Avenue of the Americas, 25th Fl. New York, NY 10020
1931883 Alberta Ltd. c/o Geoffrey Miller, 1221 Avenue of the Americas 25th Fl., New York, NY 10020
Sunbelt Rentals, Inc., c/o Cannon Law Group, PLLC, 124 s. 600 E., Salt Lake City, UT 84102

See Attachment "A" for additional parties served

CSD 1183

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐   Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  12/15/2021
            (Date)

David L. Speckman
(Typed Name and Signature)

1350 Columbia St., Suite 503
(Address)

San Diego, CA 92101
(City, State, ZIP Code)

CSD 1183

Attachment "A"

Andrea L. Petray, Esq. 4747 Executive Dr. Suite 700 San Diego, CA 92121

AVRP Studios 703 16th St. Suite 200 San Diego, CA 92101

Bay City Electric P.O. Box 641054 Dallas, TX 75264

Bob Turner S. Crane 12101 CA-67 Lakeside, CA 92040

Boys & Girls Club of San Diego 4635 Clairmont Mesa Blvd San Diego, CA 92117

Capexco US GP, Inc. c/o Larry Fedchun 41 Aspen Ridge Way SW, Calgary Alberta T3H5M

Capexco US Gp. Inc. 14555 Symons Valley Rd NW Calgary AB Canada, T3R 1E7

Cemex Construction Materials 1155 Terminal St. San Diego, CA 92101

Christy L. Bertram 27201 Puerta Real Suite 300 Mission Viejo, CA 92691

Condon-Johnson & Associates 480 Roland Way Suite 200 Oakland, CA 94621

D & D Laser Screed, Inc. 561 Birch St. Lake Elsinore, CA 92530

Dixieline Lumber Co, 3250 Sports Arena Blvd San Diego, CA 92110

Fard Engineers, Inc. 3550 Camino Del Rio N Suite 204 San Diego, CA 92108

Jeff S. Hood, Esq. 12544 High Bluff Dr. Suite 400 San Diego, CA 92130

John Sharp Construction, LLC 1404 Robles Dr. Chula Vista, CA 91911

K.D. Stahl Construction Group, 13240 Evening Creek Dr. Suite 302 San Diego, CA 92128

Keith Cochran, Esq. 402 West Broadway Suite 1400 San Diego, CA 92101

Main Electric 3600 W Segerstrom Ave. Santa Ana, CA 92704

Meridian Archaeological 1104 California St. Imperial Beach, CA 91932

Michael S. Townsend, Esq. 3952 D Clairemont Mesa Blvd., Suite 456 San Diego, CA 92117

Pacific Steel Group 4805 Murphy Canyon Rd. San Diego, CA 92123

Parkview Financial REIT, LP 11601 Wilshire Blvd. Suite 2100 Los Angeles, CA 90025

Peri Formworks Systems 9 Executive Circle Suite 220 Irvine, CA 92614

Ponist Law Group 12250 El Camiono Real Suite 225 San Diego, CA 92130

Power Plus 5500 E La Palma Ave. Anaheim, CA 92807

Pure Effect Incorporated 8880 Rio San Diego Dr. F8 San Diego, CA 92108

Rand Engineering Incorporated 15495 Olde Hwy 80 El Cajon, CA 92021

Raymer Construction Inc. 4546 Santa Cruz Ave, San Diego, CA 92107

RNLD, Inc. 527 H. Hwy 101 Suite A Solana Beach, CA 92075

San Diego County 1600 Pacific Highway, Room 162 San Diego, CA 92101

SC Commercial PO Box 14237 Orange, CA 92863

SDG&E PO BOX 25111 Santa Ana, CA 92799

Sharp Construction 1404 Robles Dr. Chula Vista, CA 91911

Skyline Capital Builders 100 Pringle Ave. Suite 330 Walnut Creek, CA 94596

Tanenbaum-Harber of CA 11610 Iberia Pl Suite 200 San Diego, CA 92128

UC Funding, LLC UC Poway Post Holder, LLC Western Plumping 2181 La Mirada Dr. Vista, CA 92081

Whitson CM, Inc. 11021 Via Frontera Suite E San Diego, CA 92127