CSD 1160 [03/01/15]
Name, Address, Telephone No. & I.D. No.

William P. Fennell, Esq. (SBN 164210)
Of Counsel: Yosina M. Lissebeck (SBN 201654)
LAW OFFICE OF WILLIAM P. FENNELL, APLC
600 West Broadway, Suite 930
San Diego, CA 92101
Tel: (619) 325-1560  Fax: (619) 325-1558
Attorneys for UC Poway Post Holder, LLC, Creditor

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

POWAY PROPERY, LP
                                            Debtor.

BANKRUPTCY NO. 21-03654-CL11

UC POWAY POST HOLDER, LLC
                                  Moving Party.

RS NO. WPF-1

**POWAY PROPERTY, LP**
                                  Respondent(s)

**AMENDED\*   MOTION FOR RELIEF FROM AUTOMATIC STAY**
☒ **REAL PROPERTY**     ☐ **PERSONAL PROPERTY**

Movant in the above-captioned matter moves this Court for an Order granting relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter  ☐ 7  ☒ 11  ☐ 12  ☐ 13  was filed on <u>September 13, 2021</u>.

2. Procedural Status:
   a. ☐ Name of Trustee Appointed *(if any)*: _____
   b. ☐ Name of Attorney of Record for Trustee *(if any)*: _____
   c. ☐ *(Optional)* Prior Filing Information:
      Debtor has previously filed a Bankruptcy Petition on: _____ .
      If applicable, the prior case was dismissed on: _____ .
   d. ☐ *(If Chapter 13 case)*: Chapter 13 Plan was confirmed on _____
      or a confirmation hearing is set for _____ .

Movant alleges the following in support of its Motion:

1. ☒ The following real property is the subject of this Motion:
   a. Street address of the property including county and state:

      13247 Poway Rd., Poway, California

   b. Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):

      65,000 sq. ft. parcel of land located at 13247 Poway Rd., Poway, California

   c. Legal description of property is attached as Exhibit A.

**\*Amended to correct Judge's initials after case number and name Respondent.**

CSD 1160

    d.    If a chapter 11 or 13 case and if non-payment of any post-petition payment is a ground for relief, attach the accounting required by Local Bankruptcy Rule 4001-2(a) as Exhibit B.

    e.    *Fair market value of property as set forth in the Debtor's schedules: $36,860,000.00

    f.    *Nature of Debtor's interest in the property:

    A mixed-use development project.

2.    The following personal property is the subject of this Motion *(describe property)*:

    a.    Fair market value of property as set forth in the Debtor's schedules: $ _____ .

    b.    Nature of Debtor's interest in the property:

3.    *Fair market value of property according to Movant: $ <u>Unknown</u>.

4.    *Nature of Movant's interest in the property: 1st Secured Deed of Trust on 13247-13255 Poway Rd, Poway, CA

5.    *Status of Movant's loan:
- a.    Balance owing on date of Order for Relief:    $ 12,482,759.19
- b.    Amount of monthly payment:    $ 137,646.11
- c.    Date of last payment:    December 20, 2020
- d.    If real property,
  - i.    Date of default:    January 19, 2021
  - ii.    Notice of Default recorded on:    July 27, 2021
  - iii.    Notice of Sale published on:    NA
  - iv.    Foreclosure sale currently scheduled for:
- e.    If personal property,
  - i.    Pre-petition default:    $ _____    No. of months: _____
  - ii.    Post-petition default:    $ _____    No. of months: _____

6.    *(If Chapter 13 Case, state the following:)*
- a.    Date of post-petition default:
- b.    Amount of post-petition default:    $

7.    Encumbrances:
    a.    Voluntary encumbrances on the property listed in the Schedules or otherwise known to Movant:

| Lender Name | Principal Balance | (IF KNOWN) Pre-Petition Arrearages Total Amount - # of Months | | Post-Petition Arrearages Total Amount - # of Months | |
|---|---|---|---|---|---|
| Property Assessed Clean Energy Programs /San Diego Tax | $969,327.48 | N/A | | $484,663.70 | |
| San Diego County Tax | | $14,994.40 | | $46,714.47 | |
| 1st: UC Poway Post Holder | $12,482,759.19 | $2,615,276.00 | 19 | $412,938.33 | 3 |
| | | | | | |
| Totals for all Liens: | $ 13,452,086.67 | $ 2,630,270.40 | | $ 944,316.50 | |

    b.    Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens) as listed in schedules or otherwise known to Movant: 15 Mechanics' Lien Claimants
    ☒ See attached page, if necessary.

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a).
CSD 1160

In re Poway Property, LP    Case No. 21-03654-LT11
<u>Motion for Relief from Automatic Stay Continuation of Page 2 Paragraph 7(b)</u>

### List of Mechanic Liens

| | |
|---|---|
| 1. | Raymer Construction |
| 2. | KD Stahl Construction) |
| 3. | Condon-Johnson |
| 4. | Probuild Company LLC dba Dixieline Lumber Co., Rand Engineering Incorporated and Bay City Electric |
| 5. | Pacific Steel Group |
| 6. | Cemex Construction Materials Pacific, |
| 7. | Atlas Construction Supply, Inc. |
| 8. | Sunbelt Rentals, Inc. |
| 9. | Bob Turner S. Crane |
| 10. | D&D Laser Screed Inc. |
| 11. | Main Electric |
| 12. | Peri Formwork Systems |
| 13. | Pure Effect Inc. |
| 14. | John Sharp Construction LLC |
| 15. | Western Pumping |

CSD 1160 (Page 3) [03/01/15]

8. Relief from the automatic stay should be granted because:

    a.    ☒    Movant's interest in the property described above is not adequately protected.

    b.    ☐    Debtor has no equity in the   ☐ real property   ☐ personal property described above and this property is not necessary to an effective reorganization.

    c.    ☒    The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and 90 days (or _____ days as ordered by this court) have passed since entry of the order for relief in this case, and

        i.    the Debtor/Trustee has not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; and

        ii.    the Debtor/Trustee has

            (1)    ☒    not commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien), or

            (2)    ☒    commenced payments, but such payments are less than an amount equal to interest at a current fair market rate on the value of each creditors' interest in the property.

    d.    ☒    *Other cause exists as follows *(specify)*:    ☐ See attached page.

        File a plan of reorganization
        Provide adequate insurance

When required, Movant has filed separate Declarations pursuant to Local Bankruptcy Rule 4001-2(a).

Movant attaches the following:

1.    ☒    Other relevant evidence:

        Declaration of Joseph Ambrose in Support of UC Poway Post Holder, LLC's Motion for Relief from Stay.
        Declaration of William P. Fennell in Support of UC Poway Post Holder, LLC's Motion for Relief from Stay.

2.    ☒    *(Optional)* Memorandum of points and authorities upon which the moving party will rely.

        Memorandum of Points and Authorities in Support of Motion for Relief from Stay on Real Property filed by UC Poway Post Holder, LLC.

WHEREFORE, Movant prays that this Court issue an Order granting the following:

☒    Relief as requested.

☒    Other:
    Movant respectfully requests that relief from stay be granted to allow Secured Creditor to procced with all state law remedies, including without limitation to reinstate the State Court receiver and proceed with foreclosure.

Dated: December 17, 2021

                                                      /s/William P. Fennell
                                                      [Attorney for] Movant

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a).
CSD 1160

# EXHIBIT A

# EXHIBIT A

## LEGAL DESCRIPTION

The land referred to is situated in the County of San Diego, City of Poway, State of California, and is described as follows:

PARCEL 1:

THE EASTERLY 249.50 FEET OF THE NORTHERLY 320.00 FEET OF THE WEST HALF OF THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 13, TOWNSHIP 14 SOUTH, RANGE 2 WEST, SAN BERNARDINO MERIDIAN, IN THE CITY OF POWAY, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO UNITED STATES GOVERNMENT SURVEY.

PARCEL 2:

AN EASEMENT FOR INGRESS AND EGRESS FOR ROAD AND PUBLIC UTILITY PURPOSES OVER, UNDER, ALONG AND ACROSS THE SOUTHERLY 40.00 FEET OF THE NORTHERLY 360.00 FEET OF THE WEST HALF OF THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 13, TOWNSHIP 14 SOUTH, RANGE 2 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO UNITED STATES GOVERNMENT SURVEY.
EXCEPTING THEREFROM THE EASTERLY 70.00 FEET.

APN: 317-473-20

**EXHIBIT A**