# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | POWAY PROPERTY, LP |
| **Case Number:** | 21-03654-CL11    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, DECEMBER 20, 2021 03:00 PM   DEPARTMENT 5 |
| **Bankruptcy Judge:** | CHRISTOPHER B. LATHAM |
| **Courtroom Clerk:** | JILLMARIE MCGREW |
| **Reporter / ECR:** | JENNIFER GIBSON |

### Matter:

STATUS CONFERENCE ON CHAPTER 11 PETITION (fr. 11/10/21)

### Appearances:

DAVID L. SPECKMAN, ATTORNEY FOR POWAY PROPERTY LP
DEBRA A. RILEY, ATTORNEY FOR CA STATEWIDE COMM DVLPMNT AUTHORITY
WILLIAM P. FENNELL, ATTORNEY FOR UC POWAY POST HOLDER LLC
HAEJI HONG, ATTORNEY FOR U.S. TRUSTEE (telephonic)

### Disposition:

Status conference continued to 1/24/22 at 3:30 PM, Dept 5.
Court will look for status report from Debtor by 1/18/22.

Court sees there is a pending stay relief motion by UC Poway Post Holder LLC (re RS #WPF-1).
Any opposition to that motion may be noticed to be heard on 1/14/22 at 1:00 PM, Dept 5 (*HRG HOLD DATE).

Debtor has new DIP financing.  That matter is currently set to be heard on 1/24/22 at 3:30 PM.
Court continues this status conference to that same date/time on 1/24/22 at 3:30 PM as noted above.

In addition, Court heard compliance issues.  Debtor has list of documents & other tasks it is attending to for UST.